UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA MCDUFFIE_____,
                    Plaintiff,


              v.                        Civil Action No.  04-11902-GAO


AMERICAN EAGLE AIRLINE,
                    Defendant.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

**G**    GRANTED.

☒    DENIED WITHOUT PREJUDICE for the following reason(s): Plaintiff has failed to complete the second page of the application and has failed to sign the application.

☒     Plaintiff shall either file a new application to proceed without prepayment of fees or pay the $150.00 filing fee within 35 days or this action shall be dismissed without prejudice.  The Clerk shall send plaintiff with a copy of this Order a new application to proceed without prepayment of fees and affidavit.

**G**    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.


    9/7/04          .            /s/ George A. O'Toole, Jr.            .
DATE                        GEORGE A. O'TOOLE, JR.
                            UNITED STATES DISTRICT JUDGE