# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-11902-PBS
Internal Use Only

OCT 1 4 2004

*[handwritten: US. District Court]*

*[stamp: 2004 OCT 14 P 8:27 U.S. DISTRICT COURT DISTRICT OF MASS]*

McDuffie v. American Eagle Airline
Assigned to: Judge Patti B. Saris
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 42:1983 Civil Rights Act

Date Filed: 08/31/04
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

----------------------

**Patricia McDuffie,** *Minister*

represented by  Patricia McDuffie
12 Drummond Street
Dorchester, MA 02124
617-288-3375
PRO SE

*[handwritten: Mailed is intentionally being withheld.]*

V.

**Defendant**

----------------------

**American Eagle Airline**

*[handwritten: New address as of 10/14/2004 ***Minister Patricia McDuffie 616 Blue Hill Ave New Fellowship Baptist chu Roxbury MA 02119]*

| Filing Date | # | Docket Text |
|---|---|---|
| 08/31/2004 | ●1 | COMPLAINT filed by Patricia McDuffie.(Filo, Jennifer) (Entered: 09/01/2004) |
| 08/31/2004 | ● | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Cohen. (Filo, Jennifer) (Entered: 09/01/2004) |
| 08/31/2004 | ●2 | MOTION for Leave to Proceed in forma pauperis by Patricia McDuffie.(Filo, Jennifer) (Entered: 09/01/2004) |
| 09/07/2004 | ●3 | Judge George A. O'Toole Jr.: ORDER entered denying without prejudice 2 Motion for Leave to Proceed in forma pauperis. Plaintiff has failed to complete the second page of the application and has failed to sign the application. Plaintiff shall either file a new |

|  |  | application to proceed without prepayment of fees or pay the $150.00 filing fee within 35 days or this action shall be dismissed without prejudice. The Clerk sent plaintiff with a copy of this Order a new application to proceed without prepayment of fees and affidavit. (Morse, Barbara) (Entered: 09/08/2004) |
|---|---|---|