Docket #: 1:04-cv-11902-PBS

To The Honorable
Judge Patti B. Saris

Motions for me trying to come forward But all of my identifications was confiscated And Life too disrupted.

November, 2004
December, 2004
January, 2005
February, 2005

From: Minister Patricia McDuffie
46 Mellen St.
Dorchester, MA
02124
(617) 282-1264

<u>Decree of Plea</u>

I Minister McDuffie am requesting a trial date Please.

When I entered the door in September 2004 I had a nervous breakdown from carrying all of those hurricanes of turmoil in my life. There has been a Motion for me to come forward while Agents outside hold me back.

I am a Survivor of being intentionally <u>terrorized</u>; <u>interrogated</u>; being <u>denied access to housing</u>, <u>homeless</u>; <u>no insurance</u>; <u>no money</u>; <u>30% frozen Ⓛ Shoulder</u>; <u>accused of a Federal crime</u> "Security Breech" <u>accused of a National Federal crime</u> Attack on America "Terrorist."

Personal Data of my rape case back in 1998 exposed to churches which has nothing to do with my sustained Ⓛ Rotator cuff injury IN WHICH The Preachers met and kicked me out.

I never intended to represent myself. I stated "Attorney is Pending." I contacted several Attorney's throughout Boston and "<u>interesting</u>" they all told me to be careful "not to trip and fall."

I sustained a major Rotator cuff injury while working @ American EAGLE Airlines Period.