April 25, 2005
Monday

I would like to please file a Motion for Waiver of electronic filing. I do not possess the capacity for this task at this time being. I do not have a computer. I appreciate if this request could granted.

Thanks in Advance

Docket # 04-11902-PBS

mailing address → MINISTER McDuffie
46 Mellen St
Dorchester, MA 02124
617 282-1264