MINISTER McDuffie
46 MELLEN ST
DORCHESTER, MA 02124

CIVIL DOCKET # 1:04-CV-11902-PBS

"ALL MEN ARE BORN FREE AND EQUAL AND EVERY SUBJECT IS ENTITLED TO LIBERTY, AND TO HAVE IT GUARDED BY LAW"
William Cushing

I MINISTER McDuffie Am Requesting A PLEA for a COURT Appointed Attorney (Please)

I Have exhausted my energy and Resource towards the finding An Attorney.

REASON FOR MY PLEA!

I went to the Doctor on yesterday to be Seen for anxiety attacks but instead I was being put on trial, coersing me into Signing legal documents warranting my Attorney name. I went to the Doctor to be treated for anxiety but what they gave me was more anxiety without a prescription. I am a Human being and a Minister of GOD with a good Moral Spirit. My Mother, my daughter and my Son wish this over all based on a Lie. Thank-you.

ONE WHO IS NOT OF GOD; DOES NOT GET HEARD BY THIS WE KNOW THE SPIRIT OF TRUTH AND SPIRIT OF ERROR. 1 JOHN 4:4 NKJV TRANSLATION.

MINISTER MCDUFFIE.

MY IMPLEMENTED PLAN NOW AND AS OF

9/11/2004

MY METHOD
MY MOTIVE
MY MISSION
ALL THREE INGREDIENTS EQUAL MY MIRACLE FROM GOD.

1 METHOD:  I AM SEEKING (40) FORTY-MILLION DOLLARS
   MOTIVES: I HAVE APPOINTED A SEVEN PANEL STATE-WIDE MINISTER LEADERS OF GOD WHO WILL ACCOMMODATE AND ASSIST ME WITH THIS AWESOME TASK PLANNED BY GOD BUT WILL BE ORCHESTRATED BY ME (MINISTER MCDUFFIE).

2. I AM SEEKING FREE ACCESS TO ALL TRAVEL WITHIN THE UNITED STATES OF AMERICA. THIS DOES INCLUDES ACCESS TO FREE TRAVEL FOR ALL SEVEN PANEL OF MINISTERIAL LEADERS THAT I HAND APPOINTED AND THAT I FOUND TO BE

**AT MY (MiNiSTER McDuffie) discretion will Execute All Authority To ALTer any of These clauses AS I Wish to.**

THE FORM OF MONTHLY PENSION OF (TEN-THOUSAND DOLLARS PER MONTH) THAT I MIGHT GO BACK AND PERSONALY BLESS THE ONES THAT GAVE ME ENCOURAGEMENT TO KEEP PRAYING FOR MY OWN SELF AND TO NOT SOLICIT PRAYERS FROM ANYONE BECAUSE I POSSESS POWERFUL FAITH THAT GOD IS CARRYING ME. 1JOHN 4:4 GREATER GOD WITHIN ME THAN HE INTO THIS CARNAL WORLD.

I HAVE SUBMITTED A COPY OF MY SEVEN PANEL MINISTERIAL LEADERS OF GOD.

1. **"President"** WHO IS MY PASTOR AND CEO OVER ALL MONIES I CONTRIBUTE JUST TO THIS TASK ALONE. BOSTON, MASSACHUETTS (617)536-9332)    PASTOR AND CEO
   WILLIE DUBOSE JR.
   **Mandatory three (3) Signatures Per check**

2. WHO IS MY PASTOR
   MARTHA BRIDGES
   LAURINBURG, NORTH CAROLINA
   (910) 266-9133

CAPACITATED FOR THIS HIGHLY POTENTIAL GOAL IS ALSO EQUIPPED WITH THE GOSPEL TRUTH GIRDED AROUND THEIR WAIST.  MOTIVES     THESE SEVEN PANEL OF MINISTERIAL LEADERS OF GOD WILL MEET EVERY SIX MONTHS STATE-WIDE TO SURVEY EACH SITE PLAN.

MY MISSION STATEMENT
(MINISTER MCDUFFIE)
PLANS AS OF 9/11/2004
TO ERECT SURVIVAL CAMPS STATE-WIDE
SISTER/BROTHER MENTOR CAMPSITES.
A.D.D. SYNDRONE AGENTS
CORPORATE INJUSTICES (NO BLAME GAME)
RACISM. THE HAVE'S AGAINST HAVE NOT

GOD WILL PERFORM THESE MIRACLES BY YIELDING IT'S INCREASE. PSALMS 24 THE EARTH IS THE LORD'S AND THE FULLNESS THEIR OF.

I REQUEST MY LUMP SUM DIVIDED INTO (TWO) NEST EGG OF SETTLEMENT.
ONE ALLOTED SUM I WLL DISTRIBUTE TO MY SEVEN PANEL OF GOD SENT MINISTER LEADERS.   AND THE OTHER HALF IN

3. **PASTOR and PASTOR JENK 702 LOW GROUND Rd EMPORIA, VA (434) 634-2552**

4. STELLA AWARD (ARTIST) MY GOD BROTHER FRIEND WHO ACCEPT ME AS I AM AND PROTECTED MY GIFTS.
   LEE WILLIAMS C/O DEXTER WITHERSPOON
   TUPELO, MISSISSIPPI
   (662)678-1076

5. REVEREND    THE MARSHALL'S FAMILY
   BOSTON, MASSACHUETTS
   (617) 536-9332     **"Treasur"**

6. REV/DR.    THE WOMACK'S FAMILY
   BOSTON, MASSACHUETTS
   (617) 536-9332   **"Admin"**

7. BISHOP/DR.  BROWN/BERNARD COULTER
   BOSTON, MASSACHUETTS
   (617) 536-9332   **"Secret"**
   SEVEN IS THE NUMBER OF COMPLETION
   GENESIS 2:2        **needed on**

THANK YOU ALL; GOD BLESS AND MAY GOD BLESS THE UNITED STATES OF AMERICA.

Minister Patricia McDu
RESPECTFULLY SUBMITTED