As of upcoming 9/11—2005

1 OF 3

TO THE UNITED DISTRICT COURT OF THE UNITED STATES OF BOSTON, MASSACHUETTS

As of upcoming 9/11—2005

Docket #
1:04-CV-1109
PBS

ToDay's date is MAY, 25, 2005

I will Be walking out of your City of Boston, Massachuetts As A young Black Native Southern American who is homeless with Integrity.

I must Returned back to the SOUTH. Amongst my native family.

you will be given contact numbers

As of upcoming 9/11—2005

To THE UNITED DISTRICT COURT OF THE UNITED STATES OF BOSTON, MASSACHUSETTS

I AM A MILLIONARE WHO IS PRESENTLY ON WELFARE.

**1989:**
I Survived having a 51-A filed against me for Spanking my kids. within the ① CITY OF BOSTON

**1994:**
I Survived being Arrested for refusing to Leave the transitional Home that I resided in along with my kids. Within the ② CITY OF BOSTON

**1994**

to Do. Within the city

(4.) CITY OF BOSTON

**1998**

I Survived Rape "Sexual Assault" who I chose to go public with

(5) In CITY OF BOSTON

Today's date is MAY 25, 2005

**2001**

I Survived being charged with a Federal Crime @ Logan Airport within the CITY OF BOSTON "Security Breech" (6.)