```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

PATRICIA MCDUFFIE,             )
                               )
          Plaintiff,           )
                               )
     v.                        )
                               )     C.A. No. 04-11902-PBS
AMERICAN EAGLE AIRLINE,        )
                               )
          Defendant.           )
                               )
                               )

## MEMORANDUM AND ORDER

For the reasons set forth below, (1) plaintiff shall either file a new Application to Proceed Without Prepayment of Fees or pay the $150.00 filing fee within 35 days or this action shall be dismissed without prejudice; (2) plaintiff's motion for waiver of electronic filing is granted; and (3) plaintiff's motion for appointment of counsel is denied without prejudice.

## DISCUSSION

On August 31, 2004, plaintiff Patricia McDuffie submitted her self-prepared complaint accompanied by an Application to Proceed Without Prepayment of Fees ("Application"). Plaintiff's original Application did not include plaintiff's signature and, by Order dated September 7, 2004, plaintiff was granted 35 days to either file a new Application or pay the $150.00 filing fee.

Since that time, plaintiff has filed several documents, including the now pending motions, however, she has not paid the $150 filing fee or filed a new Application. The Court grants plaintiff an additional 35 days from the date of this Order to

either file a new Application to Proceed Without Prepayment of Fees or pay the $150.00 filing fee.  To the extent plaintiff seeks waiver of electronic filing, such request is granted.

Moreover, plaintiff's motion for appointment of counsel is denied without prejudice to filing such a motion after the filing fee issue is resolved.

Finally, plaintiff is reminded of her obligation to notify the Court of any change of address.  See District of Massachusetts Local Rule 83.5.2(e).  Local Rule 83.5.2(e) requires a party appearing pro se to notify the clerk of any change of address and provides that any party appearing pro se that has not filed an appearance or provided a current address "shall not be entitled to notice."

## ORDER

Based upon the foregoing, it is hereby

ORDERED, plaintiff's motion for waiver of electronic filing (Docket No. 7) is granted; and it is further

ORDERED, plaintiff's motion for appointment of counsel (Docket No. 8) is denied without prejudice to filing such a motion after the filing fee issue is resolved; and it is further

ORDERED, plaintiff shall file, within thirty-five (35) days from the date of this Order, a new Application to Proceed Without Prepayment of Fees and Affidavit.  The Clerk shall provide plaintiff the form for filing an Application to Proceed Without

Prepayment of Fees.

SO ORDERED.


August 17, 2005                    /s/ Patti B. Saris
DATE                               PATTI B. SARIS
                                   UNITED STATES DISTRICT JUDGE