Ministerial Housing Office

Docket # 1:04-CV-11902 PBS         1 of 2

September 9, 2005

To The Honorable Judge Patti B Saris

Part. I appologize for the confussion on my Part. I can only explain my Request in writing.

I never meant to request electronic filing. but I meant only to request a court appointed Atty: which is my understanding was denied. I am not Atty: material, nor do I know the least regarding Law.

¶ my orignial Package remains the Same for the exceptions of mailing address and Represenтives In my orignal package.

It is my Request not to contributed to any church.

In the Event I am Highly favoured with an Monetary Awardment. then It is By my Request that it Be Awarded to my cabinet, which is equal to 7 (Seven) Represenтives

One Cabinet equivalent to Seven Panels of Representives.

1. Paston Willie DuBose Jr. c/o Thomas Watson Boston, MA 02128
2. "The Womack family Boston, MA
3. The Marshall family Boston MA
4. Bishop R.G. Brown & Bernard Coulter Boston, MA
5. Reverend Mr and Mrs Hellen Hopskin Albany, NY 12206
6. Reverend Martha Bridges Laurinburg, North Carolina
7. Gospel Antist Lee Williams c/o Dexter Witherspoon Tupelo, Mississippi

These Representives will manage any Awardment in my favour along w/ myself.

ATTENTION: As of Now Please forward all mail To:

Phone: (910) 266-9133

Reverend Martha Bridges
762 Fairly St.
Laurinburg, North Carolina 28353