①

To The President of The UNITED STaTES of America

The Honorable GeorGe W. BusH

To The Governor of The State of Massachuetts

The Honorable MiTTcHel RoMNey

█████████████████████

From hand written

Minister McDuffie

To The most Honorable Judge Sari:
as I attempt to emerge I need to connect with the Governor to help me learn to Trust again
I am looking forward to be a Resource in balancing my Planet EartH again

Climate cHanges
GloBal

No one can steal my vision

I Learned Rev. Willie DuBose has come to steal — Kill — Destroy
only GOD'S Anointed can do

DOCKET # 1:04-cv 11902   ②

I am very Sadden that it took me to be severely Exploited by Political figures in the House of GOD.

I was a member of New Hope Baptist church in the Vincinity of 740 Tremont St. South END of Boston. for nearly Approx- March — April 2004 more or Less.

I hand submitted Rev Willie DuBo Jr. Papers regarding my work related indury — Rev. Willie DuBose Jr.

③

I never had a conversation in my life with him pretaining matters.

Rev. Willie DuBose recorded conversation of my voice and would bring up wording I used in congregational settings.

He use His Authority and iniatives to act as my Attorney without my consent I would never have consented.

I have no Power against A Political System It's only little me.

It has come to my attention

New Hope Baptist Church

GOD and me makes the Majority

I am soft-spoken meek with great sense of Humor but not weak or stupid.

Rev Willie DuBose Jr has used so many tactics against me to break my human spirit but he forgot one thing that is I am A HillBilly He is presently using my family against me not that our relationship was that well I am a very private person.

No one can steal my vision

Rev. Willie DuBose JR, and his wife has contaminated his Portion.

I will Recruit to be Resource in GOD Revealing the Solution to balance our Planet /Global Warming

My New Cabinet members are

① The Womack Family
   Boston, MA

② The Marshall Family
   Boston MA

③ The Watson Family
   Boston MA

④ Gospel Artist Lee William
   my Brother IN-CHRIST

⑤ Bishop Robert G Brown
   Pastor Bernard Coulter

⑥ Pastor Jenkins Family
   Emporia, VA

⑦ Christien Ellison
   McCall SC

I was afraid, So I joined fear was project then New Hope Baptist church I absorbed it. Rev Willie DuBose Jr. Please help me get his hand out I raised the Banner of my Settlement we never had a conversation or consultation as Holy Ghost filled preacher



Rev. Willie DuBose Jr operates his church out of Fear and Intimidation. He spoke the words as A Scold find "you Need a church Home. I find it Ko