UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICIA McDUFFIE,
    Plaintiff,

v.　　　　　　　　　　　　　　　　Civil Action No.  04-11902-PBS

AMERICAN EAGLE AIRLINES,
    Defendant.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES (Docket No. 12)

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒     GRANTED.

☐     DENIED for the following reason(s):

☒     The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. §§ 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

☒     The Clerk shall mail a copy of this Memorandum and Order to plaintiff at the address listed on the docket as well as c/o Reverend Martha Bridges, 762 Fairly Street, Laurinburg, NC 28353.

SO ORDERED.

  3/27/06                                    s/ Patti B. Saris
DATE                                          UNITED STATES DISTRICT JUDGE