MARCH 31, 2006

To THE Attorney General
OF THE UNITED States
    OF America
WASHington, DC

U.S. DISTRICT COURT
DISTRICT OF MASS.

To The Governor of Mass
  the Honorable MITT Romney

To THE Most Honorable
   Judge PATTi B. SARiS

        Because of Greed
IT IS by my Authentic
Plea that No money
whatsoever be award
to Rev. Willie DuBose Jr

GOD cannot Bless tactic
and Schemes to promote
more Schemes,
GOD is direct and Not
             under handed.

①

# MARCH 31 2006

Due to Hidden Agenda's and Corruption.
I am Led to Revise my implemented Proposal pkg.
I Solicit your patience concerning these matters as I alter necessary adjustments, and clauses.

This is only A hand written Letter. A well and certified Document will be later ESTABLISHED For your Keeping on File. But please Honor this For Now.

The Family of Susie Kelly along with Susie Kelley, My two children Shaunika D. Alford 24 years
Willie K. Alford 22 years
My two Grandchildren
    Amiya Brown  5 years old
    Jamell Gibbs  5 years old
Along with myself will manage My own money and In my absent GOD forbid but Just In case of A mysterious Death these only are the people who will be Executive of my Will or Estate.

All money due to me Regarding my Lawsuit Against AMERICAN E. Airlines or Any other Agencies where

②

money is due to me.

I have selected seven people to BLESS to Further Humanity in its Endeavors
They Are:
① THE Womack Family     Boston MA
② THE Marshall Family    Boston MA
③ The Watson Family      Boston MA
④ Bishop R.G. Brown / Paston Vernard Coulter
⑤ Gospel Artist Lee Williams   Tupelo MI
⑥ Paston And Paston Mildred Jenkins  Emporia VA
⑦ Paston James Smith    Dillon SC

Seven is The Number of Completion

This money Does Not go to each person individually BUT AS A WHOLE whatever Sites are Erected will belong to these seven people AS A WHOLE only This can put A Lot of chatter to REST. This money is by No means for pleasure but to help Further Humanity AS A WHOLE