TO THE HONORABLE JUDGE
PATTI B. SARIS

This matter MUST BE CORRECTED
DOCKET # 1:04-CV-11902



MINISTER PATTI McDuffie
I AM NOT ARETHA FRANKLIN BUT I DEMAND
* RESPECT
* HONOR
* INTEGRITY

MR. WILLIE DUBOSE JR. Never Had A Consultation with ME to GET A Understanding or gain Clarity over matters, OUT OF GREED HE WENT Forward. How FOOLISH!

MR. WILLIE DUBOSE JR. FORMER PASTOR OF NEW HOPE BAPTIST Church 740 Tremont St. BOSTON MA plundered into my Life by means of Tape Recorded conversation. Then bringing back what was communicated into the minister conference that I might hear repeated from my prior conversation. THIS IS SPIRITUAL Rape. Then he plundered my Lawsuit Against American E Airlines pick out the Bulk of the money for Him. HE IS CORRUPT.

May 1, 2006

A mere Taste Of Southerness In The White House
A Native Black American Southerner With Integrity
Minister Patricia McDuffie

FILED
IN CLERKS OFFICE

2006 MAY -8  P 2: 41

U.S. DISTRICT COURT
DISTRICT OF MASS

To The Supreme Court Of The United States Of America
  The Chief Justice
   The Supreme Court
    Washington, DC  20543


To The Attorney General Of The United States Of America
  The Honorable Alberto R. Gonzales
   United States Department Of Justice
    950 Pennsylvania Avenue  NW
    Washington  DC  20530-0001


To The House Of Representatives Of The United States Of America
  The Honorable Representatives
   Washington DC  20515


To The Department Of Homeland Securities
  The Honorable Michael Chertoff
   FEMA/ US Fire Adminstration
    16825 S. Secton Ave.
    Emmitsburg, MD  21727


To The Governor Of The State of Massachuctts
  To The Honorable Mitt Romney

To The United States District Of Boston Massachuetts
  To The Most Honorable Judge Patti B. Saris
   One CourtHouse Way
    Boston, Massachuetts 02110

I Minister Patricia McDuffie Have A Requested Plea Of Decree.
I Had Two (2) Complaints In Two (2) Separate Court System.
I Filed An Iniatial Civil Lawsuit Against American E. Airlines Back In Or Around
September 2001. For Wrongful Termination Accusing Me Of A Federal Crime Stating

I Breech Security. This Lie Grieved My Spirit Because I Never Was Terminated From a Job In My Entire Life. I Grieved In The Hospital For Approximately Four Days. This Was Labeling Me As Committing A Federal Crime And My Brain Could Not Or Would Not Receive This Accusation That Was All Based On A Lie.

On September 2001 I Was Assisted In Filing A Civil Lawsuit By Susan Jeanness. She Help Me To Label Each Document Properly For Submittance. Documents Were Submitted And I Was Notified From United States District Court One CourtHouseWay Boston, Massachuetts A Judgment To Proceed Without Payment But This Was Bad Timing For Me Because

1. I Had Not Yet Absorbed That I Was Accused Of A Federal Crime I Just Could Not Believe Someone Could Be So Corrupt To Accuse Me Of Such evil.
2. I Had Discuss With My Housing Counselor That The Officials At The Airlines Was Using Manipulative Tactics Against Me. The Ground Security Coordinator Had Never Spoken To Me In Her Life But She Stated She Already Told Me Twice But Told Me What? We Never Even Had A Conversation Ever Period. For This Reason I Sustained From Eating Until 4:00 That's When They All Went Home I Could Do My Job Peaceful When They Were Gone.
3. I Needed Treated With Physical Therapist

Finally I Could No Longer Pursue My Lawsuit I Filed In 2001 At The United States District Court.

After Seeking Help For Left Shoulder At Harvard VanGuard In Sommerville, MA
I Took The Advice Of A Doctor Who Told Me Not To Let The Airline Get Away With This Matter.

Attorney Joyce Davis Filed A Workman Compensation Lawsuit Against American E. Airlines In The Industrial Accidents Court At 600 Washington St. Boston Massachuetts

The Honorable Judge Tirrell Viewed The Evidence And Surrendered A favorable Judgment Basesd On The Impartial Medical Examiner Diagnosed Me With 30% Frozen Shoulder.
I Received Awardment For May 2002 Thru October 2002 Because My Attorney Told Me To Apply For Unemployment But I could Not Because I had To Return Back To The Hospital For Treatment. I Sustained A Major Rotator Cuff Tear To My Left Shoulder In Which The End Result Was Diagnosed As 30% Frozen.
Because My Attorney Gave Me Bad Advice And I Cooperated With Her By Telling Her I Would Sign Up For Unemployment Although I Could not Physical Do Any Work Whatever. The Discontinued My Awardment. My Attorney Did Not Seek My Highest Interest. I Kept Seeking Attorney And Network Of Tactics Ran Its Course Til Judge Tirrell Dismissed My Workman Comp. Case. I Have Not Pursued My Industrial Accident Appeal Yet.

In 2004 I Resubmitted My Complaint Of Being Accused Of A Federal And Now National Crime. My Name Was Placed On A Terrorist List And I Was Being Pursued As A Terrorist Now My Brain Really Could not Nor Would Not Receive This. My Life Was So Disrupted. These Were Not Storms In My Life But Far Greater These Corruptions Has Now Blossom Into Full Blown Hurricanes In My Life With No End In Sight. This Was Much Too Magnitude For So God Carried Me And Is Still Carrying Me Today.

I AM Now Submitting This To All Of You That Every Man Be Held Accountable For What Was Done To Me. No One Is Exempted. I Am Meek Simple And Low But I Will Take A Stand When It Come Down To SomeBody Insulting My Intelligence Like What Was Done To Me.

This Is A Mere Taste Of What I Survived:

June 2001
I Reported Discomfort With My Left Shoulder To The Managers And As A Result I Began To Receive Harrassment Tactics.

June 2001
I Began Treatment At Boston Medical For The Tactics Being Used Against Me While Woking On The Ramp At American E. Airlines.

July 2001
I Began Receiving Counseling From Lisa Davidson She Was My Housing Coordinator But Because I Never Had A Friend I Felt Safe To Share With Her My Ordeal That Was Happening On My Job. She Advised Me To Keep A Journal Of Everything They Were Doing Against Me And I Did Just I submitted The Documents To Prior To My Termination So She Could Have Witness To What The Airline Was Putting Me Through. Now People Don't Have To Believe Because Lisa Davidson My Housing Coordinator Has The Proof To Me Being Accused Of This Federal Crime.

August 2001
Team Effort The Airline Accused Me Of This Federal Crime. The Day Prior To Them Terminating Me, They Formed A Huddle In The Stagging Area Where I Worked They Sent Jimmy Away Because Jimmy Cant Keep Secrets They Were Afraid Jimmy Would Reveal Their Plot To Terminate Me. Me As Having Discernment Knew Something Was Transpiring But I Did Not Know What Method They Would Use Against Me. I Was Accused Of A Federal Crime.

September 2001
Now That The AirLine Plotted And Accused Me Of Something That I Did Not Do This Accussation found Its Rightful Owners. Whatever is Sent out Never Returns Void But It Have The Tendercy Of Finding its Rightful Owners. There Is No Harmful Bones In Me But There Are Many That There is. So Now It Is fitting For The Airline To Label Me As A Terrorist This Way It Help Support Their Defense Against My Lawsuit Against The Airline.

September 2001
Dwane Leduox A Representative Of American Airlines Told Me To Apply. Not Knowing Any Better I Cooperate And Take His Advice.
I Get To The Unemployment Department And Apply For unemployment And the Agent At The Unemployment States To Me The American Airlines Documents States I Was Never Fired From My Job But States I Quit On My Own. Well I Had The Paper In My Hand And The Airlines Stated I Breeched Security So Now I Really Need To Breathe. I Don't Know Why A Major AirLine Would Manipulates Tactics So Corrupt As This I Just Don't Understand

Why Or How Someone Of A Major Airline Could Do Something So Evil As This To Me. This Has Now Turned Into Tactics Of Warfare Its Not Suppose To Be This Way.

The Agent At The Unemployment Set Up A Mediation Meeting That The American E. Airlines Might Explain Their Reasoning For This Corruption And Tactics Used Against Me But They Never Bothered Or Refused To Respond Til This Day. The Agent At The Unemployment Told Me Since The Airline Refused To Explain Why They Stated I Quit My Job And Gave Me Documents Stating Otherwise. The Airline Labeled Documents That I Was Eligible For Rehire And Use This As A Defamation That I Would Not Be Accepted On Any Other Job. I Was Rehired As Airport Security Regardless Of Their Corrupted Effort.

October 2001
I Chosed To End My Benefits Although I Am Injuryed My Need To Redeem My Name Was More Important Than Any Physical Pain Discomfort In My Left Shoulder. I Called My Former From Airport Security I Told Her I Needed To Return To Work As Airport Security. This Was My Former Job Since 1995. I Was Well Established In This Line Of Work Because Everyone Knew Me.

November 2001
I Begin Light Duty Work Whatever It Took. I Just Needed To Be There As Airport Security. This Would Alieve Some Decency Back Into My Defamed Character. This Was A Great Challenge For Me Because Now I Feel The Pain In My Left Shoulder And At Night I Could Not Sleep Because Somehow My Shoulder Would Slip Out Of Joint And The Only Relief Would Be When It Is Slipped Back Into Its Groove. This Was A Mess Of Experience. Realizing The Two Pain Could Not Occupy The Same Space At The Same Time Meaning I Either Focused On The Physical Pain Or The Emotional Which Ever Was The Greater At That Particular Moment.

December 2001
Physical Therapy As Well As Still Trying To Defend My Defamed Character. I could Never Received The Lie That I Was Labeled A Terrorist.

December 2001
I needed To Understand Why I Was Accused Of A Federal And National Crime. I Also Needed To Understand Why After Accusing Me Of A Federal Crime The Airline Would Send Data To The Unemployment Agent To State I Quit My Job So That Would Not Be Eligible Or Entitled To My Money Benefits.
At This Time I Contacted Erika From Dallas Texas I Needed To Understand My Work Status With American E. Airlines. I Was Told On The Phone I Was Never Accused Of Breeching Security. There Were Nothing To The Effect That I Was A Terrorist . Now This Is Really Mind Boggling.

July 15, 2002
I Received Surjury To Have My Major Torn Rotator Cuff Repaired. I Needed To Received A Second Opinion Before Getting My Nerve To Accept This Ordeal. I Received The First Opinion From Brigham And Women Hospital It Was Confirmed That It Was A Major Rotator

Cuff Tear. I Was Given Printed Material To Help Me Understand Rotator Cuff Tear. Now I Definitely Needed A Second Opinion. I Went To New England Medical Hospital Where A Second Opinion Was Confirmed. I Am Filled With Anxiety I Could Not Bear The Thought Of Having My Strong Shoulder Cut Opened. I Was Grieved But Not Having The Surgery Done Was Far Greater Because It Affected My Sleeping At Night. My Shoulder Was Cut Opened On July 15, 2002. I Thought Everything Was Over Since The Surgery Was Completed. I Don't Understand Why I Was Not Made Well Again. I Just Don't Understand Why? God Knows Yes God Knows.

January 2003
~~I Was Given A Mysterious Injection In My Right Arm Which Immediately Left A Red Circle Into My Vein. This Was Not Normal Because I Know My Body. I Knew Red Signals Meant Something Bad Had Happened. I Later Begin To Burn Into My Teeth Gums And My Ears. These Were Major Hurricanes In My Life.~~

March 2003
The Government Took Away My Health Insurance I Could No Longer Get Medicine.

April 2003
The Government Took Away My Income. I could No Longer Pay My Rent.
April 2003
I Moved To Albany NewYork And Applied For Income So I Would Not Lose My Apartment In Boston MA. I Was Connected Back To Benefits In Albany So I Went Back To Boston MA To Pay My Rent. I Loved Living In CamBridge, MA

May 2003
I Continued To Be Interrogated And Intimidated. I didn't Feel Safe In Massachuetts Anymore.

August 2003
I Leave Massachuetts And Relocate To Emporia VA. It Was A Mutal Consent With My LandLord For Me To Terminate My Lease They Knew I Was A Very Peaceful Person. Based On What Tactics The Airline Had Already Used On Me It Would Have Been Shame On Me To Stay At A Place Where My Safety Was Invaded.

December 2003
The Government Took Away My Voucher For Housing. Now I Am Homeless. Without Income Or Insurance To Receive Medicine. This Was Bad For Me. This Was Done Intentionally.

June 2004
I Again Begin Pursuing My Initial Lawsuit That I Was Given A Motion To Proceed Without Payment From Way Back In 2001. Although It Is Now 2004 I Tried Again Doing My First Work Over.
I ~~Sent~~ [I Submitted] Mr. Willie DuBose Jr. The Former Pastor Of NewHope Baptist Church
                                            740 Tremont Street
                                            Boston Ma

After Preaching Service That Sunday I Hand Submitted Rev. Willie DuBose Jr. Some Documents Regarding My Experiences While I Was Working At American E. Airlines. I Thought He Had The Capacity To Look Them Over And Give Consultation On How I Could Get Me The Best Attorney Possible. This Matter Needed A Skilled Professional Attorney Who Knew Every Tactics The Airline Would Used Against Me To Hinder My Lawsuit From Going Forward. I Was Hesitant In Submitting These Docments To Mr. Willie DuBose Jr. Because I Was Told That Mrs. DuBose Did not Even Trust Mr. Willie DuBose With Their Own Daughter But God Compelled Me To Submitt Them to Him Regardless. From That Day To This Day I Never Had A Consultation With Mr. Willie DuBose Jr.
Out Of Greed, Out Of Arrogance, He Saw An Opportunity For Him To Get Rich From My Injury So He Took Advantage Of It. Even If I Was Crazy In Which I Am Not I Would Not Have Been Crazy Enough To Select Mr. Willie DuBose Jr. As My Attorney. Mrs. DuBose Stated From The PulPit That Her Husband Mr. Willie Jr. Does Not Have The Capacity To Teach A Class Or Perform Funerals Or Do Any Public Speaking Activities Without A Piece Of Paper He Can Read From. I Don't Want To Discredit Him Because I Don't Know Him I Can Only Inspect His Fruit From What He Does.

How Could He Respond To My Lawsuit Without Me Authorizing It. Only A Fool Responds To A Matter Before He Hears It. There Was No Clarity Or Understanding Established. There Is Really Something Wrong With This Unfoldment. Mr. Willie DuBose Jr. Has Proven Himself To Be Corrupt And Must Be Held Accountable For His Actions. I would Never Promote Schemes Because It Only Produce More Schemes.

September 2004
I Did Not Know At This Time That Mr. Willie DuBose Jr. Had Already Stoled And Settle My Lawsuit With The American E. Airlines Attorney But GOD Knew.
GOD Compelled Me To Right A Mission Statement Selecting Seven People To Bless. Mr. Willie DuBose Jr. Was One Of Those Seven People. GOD Compelled Me To Raise The Banner Of These Seven People As Born Again HolyGhost Filled Believers I Did As GOD Compelled Me To Do Obedience Is Better. GOD Knew That Mr. Willie DuBose Jr. Had Already Underhanded And Manipulated Corrupt Tactics And Settled My Lawsuit Without My Knowing. What Mr. Willie DuBose Had Already Stolen God Had With After He Stole It To Prove To The World His Corruption.

Mr. Willie DuBose Jr. Wire Tapped My Conversation And When I Went To The Ministers Conference He Used Tactics To Have The Pastors Say What I Spoke Over The Telephone.
Mr. Willie DuBose Jr. Was Watching Me On A TV Monitor From Another Room.
Mr. Willie DuBose Jr. Manipulated The Lights From The Pulpit To Distract.
Mr. Willie DuBose Trained The Youth To Do Tactics From The Church Altar.
This Is An Abomination. An Act Of Corruption Is Going On At NewHope Baptist Church

Due To The Fact That Mr. Willie DuBose Jr, Has Contacted My Family And Other Pastors In South Carolina Stating There Were DEATH THREATS Against My Life And He Also Stated I Was Trying To Hurt People In Boston Massachuetts I Take What He Spoke To My Family Serious. He Called South Making Funeral Arrangement For Me. For This

Reason I ReQuest My Lawsuit Be Submitted To Washington DC. He Is Desperate. I Take These DEATH THREATS That He Told My Family Serious. The People In The Town Was In An Uproar. Now Mr. Willie DuBose Is Soliting Defamation About Me To Support Him Stealing My Lawsuit. He Is Promising Them A Cut In My Money For My Injury My Lawsuit My Tenancity To Stand As A Women Of Integrity My Will To Defeat Evil At Any Cost. This Matter Has Shown Mr. Willie DuBose Jr. To Be Corrupt. Once I Found Out He Was Tapping My Phone Call Then I Gave Him Something To Listen To. When My Enemy Is Hungry He Needs To Be Fed. This Is A DisGrace Before GOD.

I was only an Active member of His church Perhap six week

Although There Is A New Motion To Proceed Without Payment I Will Not Return To Massachuetts Due To The Death Threats That Mr. Willie DuBose Jr. Alerted My Family That Is Against Me.

My PLEA Is To Submitt My Lawsuit To Washington DC That This Matter Against American E. Airlines Might Be Settled. The Lawsuit Is Not As Important As Mr. Willie DuBose Jr. Being Held Accountable For Plundering Underhanded Into My Private Life. This Was Spiritual Rape And Must Be Dealt With According. I Have More Respect For American E. Airlines Than I Do For Mr, So Called Pastor Willie DuBose Jr.

But I Forgive Him Because This Is God Way. Although It Does Not Change The Deed That He Has Done.

RESPECTLY SUBMITTED

Minister Patricia Mcduffie

MINISTER PATRICIA MCDUFFIE

MR. WILLIE DuBose JR. IS Now using the Manipulative Tactics of Soliciting Preachers, Agencies To DEValue me To DisRespect me To Destroy me Only Satan comes to Steal - to kill - to Destroy But GOD GOD Has Given me Great Life VISIONS INTEGRITY