MAY 10 2006

To The Attorney General of The
United States of America
Washington DC

To The Supreme Court of The
United States of America
Washington DC

To The Governor of Massachetts
The Honorable Mitt Romney

To The United States District Court
Boston Mass
The Honorable Judge
Patti B. Saris

Thank All of you for your patience
This has been a Long (5) years.

I must Add Due to me Exposing Mr Willie DuBose
Mrs. DuBose have contacted A Lady in the Building
where me and my daughter and Granddaughter
Resides to create A disturbance stating
I made Advances at her mental disturb Adult
Son. This and other Tactics must Be corrected.

I Have been dwelling here with my daughter and granddaughter in Albany Albany NY is my Permanent Home until Further Notice.

MAY 10 2006

GOD is Restoring me with GODLY counsel A Wonderful Counsel

I Regret To inform the DISTRICT court of Boston Mass that the Family of Susie Kelley has Decline my offer to have them Executives of any monetary or otherwise ESTATE.

DOCKET # 1:04-cv-11902

For This Reason I am informing both courts of this Peice of Information.

My Two children
    Shaunika Alford _ 24 years old
    Willie K. Alford - 21 years old

My Two Grandchildren
    Amiya Brown _ 5 years old
    Jamel Gibbs - 5 years old

Are automatic Executive of everything I own and everything Due to me But because they are vulnerable to being gullible I will Appoint another Family to Assist them as Executives