MAY 25, 2006

To The Supreme Court of The
UNITED STATES OF AMERICA
THE CHIEF JUSTICE
THE Supreme Court
WASHINGTON DC 20__

FILED
IN CLERKS OFFICE
2006 JUN -9 P 3:49
U.S. DISTRICT COURT
DISTRICT OF MASS

TO THE HONORABLE ALBERTO R. GONZALES
UNITED STATES Department OF JUSTICE
950 Pennsylvania Avenue NW
WASHINGTON, DC 20530-0001

TO THE HOUSE OF REPRESENTATIVES
THE Honorable Representives
WASHINGTON, DC 20515

TO THE DEPARTMENT OF HomeLand Security
THE Honorable Michael CHERTOFF
FEMA / US Fire Adminstration
16825 S. Secton Ave.
Emmitsburg, MD 21727

TO THE GOVERNOR OF MASSACHUETTS
THE Honorable Governor
MITT ROMNEY

MRS. DUBOSE IS A 20 years "MASTER OF PREY"
I RESPECT Her as A Senior But her Weapons
are Spiritual wickedness in HIGH PLACES.
and must Be dealt with accordingly.

May 25, 2006

I am compelled to write this letter. I regret to writing this letter because I requested to the United States District Court in Boston Massachusetts a Non-contact with any of my children. Via (telephone) etc. These children are the Seeds from my womb that GOD has given me. As any Mother should I wish and Requested that My children @ 19 Norfolk St Boston Massachusetts (617) 427-3185 be protected from the negative influence that Mrs. DuBose is using. I personally sat in her congregation for Approximately Six weeks. I am not interested in the negative influence I just don't want her contacting my seeds period. Mrs. DuBose Tactic is She is trying to turn one sibling against the other that they may both Reject me. I Respect all Senior citizen But I am giving this to the Authorities (You All)