## July 19, 2006

It Is My Duty As A Mother As Well As A Human Being, To Protect The Rights And Monetary Values Of My Children And Myself. Therefore It Is Fitting That I Submit This Document To The American People Till I Can Afford A Certified Drafted Copy.

To The Supreme Court Of The United States of America—Washington, DC

To The Attorney General Of The United States of America—Alberto Gonzales

To The House Of Senate Of The United States of America—Washington, DC

To The Dept. Of Homeland Security-------------------------------Washington,DC

To The Honorable Governor Of Massachuetts--------------------Mitt Romney

To Honorable Patti B. Saris---------------------------------------Boston, Massachusetts

It Is Expedient That This WILL And Testament Reach You That It Might Stamp Any And All Ideas Of The One Who Wish To Impinge Their Hidden Agenda Upon Me. Although I Shall Live And Proclaim The Work Of My Assignment, It Is Fitting That I Produce A WILL To Alleviate Any Discrepancy At Hand.

I Minister Patricia Nixon McDuffie Leave The Following People As Group Executives Of Any And All Of My Estates; Settlements; Awardments; Monies From Lawsuits; Money From Any And All Agencies Etc.

| | |
|---|---|
| To My Two (2) Dear Nieces: | Victoria McRae (married Name) |
| | Bridget McRae (Married Name) |
| To My Dear Brother: | Charles McDuffie |
| To My Dearest Son: | Willie K. Albert Alford Jr. |
| To My Two (2) Grandchildren: | Jamel Gibbs Six Years Old |
| | Amiya Brown Six Years Old |

To My Biological Cousin: Alene And Husband Sam David Who Will Be Overseer Of My Two (2) Daughters Monetary Assets And Will Make Sure Their Necessities Are Provided For.

A Designated Church Ministry Has Already Been Assigned To Receive The Fruit Of Any And All Of Settlement; Awardment; Estates; Compensations; Etc.

It Is Forbidden, But In The Event Of A Mysterious Death, Funeral Services Will Be Carried Out As Requested.

Funeral Service Will Be Held At Spears Church Clio, Sc
It Is Requested:
Pastor Vernard Coulter And His Wife Gloria Render Scripture—Boston, MA

It Is Requested
Bishop Robert G. Brown Render Prayer---------------------------Boston, MA

It Is Requested;
Pastor Thomas Watson And Wife Betty Deliver The Eulogy--- Boston, MA

It Is Requested:
Evangelist Carolyn McGee And Her Brother Deacon Malachi Render Solo

It Is Requested:
The Womack Family And The Marshall Family Oversee Flower Arrangements.

This Is My Desire. Please Honor This Till I Can Afford A Certified Drafted Copy. I Submitt This Copy That The American People As A Whole Stand Witness In Event Of A Mysterious Death.

                        Thank-You And GOD Bless All
ONE WHO CONCERN FOR HUMANITY AS
           ONE NATION UNDER GOD
*Minister Patti McDuffie* (signature)
MINISTER PATRICIA MCDUFFIE