```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

PATRICIA McDUFFIE,              )
                                )
          Plaintiff,            )
                                )
     v.                         )      C.A. No. 04-11902-PBS
                                )
AMERICAN EAGLE AIRLINES,        )
                                )
          Defendant.            )
```

ORDER OF DISMISSAL

For the reasons stated in the Memorandum and Order dated September 15, 2006, this action is DISMISSED for lack of subject matter jurisdiction.

```
                                    SARAH A. THORNTON
                                    CLERK OF COURT


Dated: 09/18/06           By /s/ Robert Alba
                                Deputy Clerk
```