

Monday September 26, 2006

To The Attorney General of the United States of America
To The Defense Department of the United States of America
To The Homeland Security of the United States Of America
To Our Congressmen Of The United States Of America
To Our Senators Of The United States Of America
To Our Governors Of The United States Of America
To Our Mayors Of The United States Of America

It Is Indeed a Privilege As Well As Honor To Be a Warrior
Against This Global War On Terrorism.  It Is Unfortunately,
But I Could Not Understand Your War On Terrorism Until
Recently.
This Is Due To Me Experiencing My Own 9—11 Trauma In My
Life.  Now! That Trauma Have Been Dealt With And The
Burden Of It Have Been Released. It Is Fitting That I
Become A Warrior In This Global War On terrorism Initiative.  I Could Not
Understand The Severity Of Your Trauma As A Nation.
Being Innocent As A Child In The Midst Of Terrorism Trying To
Understand From Your
Perspectives.  Realizing That The Impact Was Great  As A Nation.
This Experience Alone Deemed You As A People To Utilize Universal
Precaution Whether Guilty Or Innocent.  I Am Now! Empathic
With The Nation And Have Emerged As A Warrior To Help The
American People Combat This Horrific Plague.

I Have Rose To The Challenge Of Global War On Terrorism.
And
I Have Rose To The Challenge Of This Dire War On Global
Warming And Climate Change.  One Is Just As Worst As The
Other And Both Need Combating.
Heavy Negative Energy Has Infiltrated Our Planet And Need
Dire Attention. Everything Should Be Spiraling Upward Into

Infinity And Not Being Pulled Down Back To This Planet Earth As A Weapon To Destroy Us.
As One Of The Leaders In This Dire Global Warming Initiative I Have Many Needs And Concerns To Be Addressed.

My Purpose For Drafting This Proposed Letter To The United States American People Is Because A Small-Weak-Divided-Superstitious-Few Seem To Think I Was Playing The Role Of GOD When I Alerted The American People Regarding The Statement I Submitted. --- It Is Unfortunate But The Enemy As Well As The National Public Get To View Everything I Process From A Computer Period. That Is No Important. I Must Work My assignment And Mission. I Submitted The Quote:
"New York Is Part Of Our Castle And You Should Never Be Intimated From Within Your Own Castle. I Also Quoted:
"Never Rationalize With A Fool Whose Agenda Is Only Death And Destruction And Provokes And Arrogance And No Self Control.

I Am Being Punished For Combating Potential Attacks On My Country And Homeland In This Global War Against Terrorism. Why? Is This Prevention Wrong If It's Going To Protect Someone Life From Harm Especially Our Family As Head Of States. I Don't Under-Stand This Policy.

I Have Begun My Assignment And Mission. My Mission Has Been Ordained And Equipped By GOD Almighty To Help Mankind. I Need To Do My Job Without Being Agitated And
Potentially Pre-Meditated Assassinated By A Political Motivated Small-Weak-Divided-Superstitious-Few Whose Agenda Has Nothing To Do With This Global War On Terrorism But Only Jealousy To Destroy Us That Cares For Humanity As A

Whole.  This Should Not Be.

Again—For This Reason I Minister Patricia Nixon McDuffie
Am Requesting The Federal Government To Step-in And
Intervene Because Mr. Willie Dubose Jr. Of New Hope Baptist
Church Has Inner Network Within Each State And Region That
Control Matters.  I Need To Bring It To Your Attention.
This Is An Emergency.  I Must Work On My Assignment.
 I Submit This Potential Political Pre-meditate Assassination Through
Means Of Injection Against Me To The Federal Government.
 I Come To You Not Out Of Fear But What I Envision.
No  I Can Not Walk Into
Something That I Can See Very Well And Merely Avoid It As Though
It Does Not Exist.  Mr. Willie Dubose Jr.
Has Negative Influence Over Folks Within The Region.
Homeless Shelters Are A Positive Arrangement But Not If
Mr. Willie Dubose Jr. Has People In These Places That Is
Willing To Inject You With Harm.  I Would Have To Be
Dead Or Incapable Of Caring For Myself And Neither Of The
Two Apply.  There Were A Doctor's Document That Mr. Willie Dubose
Jr.
Found Within My File Dating Back To May 2002 Which
Dr. Tishler Stated I Was Totally Incapacited But This Document Was
Used To File My Workman Compensation Claim  For My Torn
Rotator Cuff Surgery Only.


Mr. Willie Dubose Jr. In Return Used That Same Document
As A Weapon To Validate His Corruption Into My Life.
Those Chapters In My Life Is Over But He Is Continuing His
Corrupted Tactics Against And Sent Messages That He Was
Only Waiting For My Return To Boston, MA.  I Am Well Aware
That He Can Only Receive His So Call Money Only If Im Dead
Or He Influence His Political Party To Inject Me For Harm.

GOD Forbid He Does This Corrupted Act. GOD Can Stop But GOD Want This Brought To The American People Attention.

How Do I Make Him Stop Pursuing Me To Do Harm Against Me. The Answer Is To Submit It To The Federal Government.

GOD Can Fix This Problem Immediately But There Are Lessons To Be Learned Here And The Only Way Is That I Submit This To The Federal Government.

It Is Not GOD Will That Any Man Perish. One Of The Greatest Weapon To Use Against An Enemy Is To Let Them Live And See You Rise To The Top As The Head And Not The Tail. As A Forgiver And Not Vengeance. As Light And Not Darkness. I Have Been Through Hell And Now! I Am Emerging In Victory. I Am At Peace Regardless Of My Facial Injury Of Eight (8) Long Months Of Pure Hell. I Am A Warrior!! I Have Survived In Victory, In Love, In Peace, In Joy, In Forgiveness, In Happiness Because I Was Never Alone. Now! As A Warrior I Am Willing To Give Back To The American People My Strength In Knowing How To Survive In Victory Then Reach Way Down And Lend A Helping Hand To A Nation That They To Might Achieve Victory In All Of Their Endeavors. I Love All Of You As A United People And We Will Learn And Grow Together As One Nation Under GOD. You Will Master Learning How To Achieve Victory For Yourselves That You May Pass This Very Method Down To Your Children, Grandchildren, And Greatgrandchildren That They To Become Victorious.

In Closing
My Requested Plea Is That The Federal Government Will Step-up And Intervene Because Mr. Willie Dubose Jr. Has Political Influence Within Each Statewide Region.

Please Provide Resource And Provision That I May Come Forward And Continue To Do My Assignment And Mission..

A Place Where My Facial Injury Can Continue To Brighten And I Can Continue Being A Resource In This Global War On Terrorism As Well As One Of The Global Initiative Leader On Global Warming And Climate Changes.

RESPECTFULLY SUBMITTED
ONE WHO CONCERN FOR HUMANITY AS
ONE NATION UNDER GOD

*Minister Patricia Nixon McDuffie*

Minister Patricia Nixon McDuffie