Tuesday October 10, 2006





To The Attorney General Of The United States
To The Defense Department Of The United States
To The Homeland Security Of The United States
To All Of Our Senators Of The United States
To All Of Our Governors Of The United States
To All Of Our Mayors Of The United States

It Is Me Again;  It Is A Privilege As Well As Honor
To Be A Warrior On Terrorism And Global Warming
Initiative.

It Is Unfortunate And I Regret To Inform You That
Since I Last Wrote To You On September 26, 2006.
There Has Been A Retaliation Against Me.

Mr. Willie Dubose Jr. Networked From Boston To
Albany And Disrupted My Place Of Dwelling.

Mr. Willie Dubose Jr. Tactics Has Been To Use One
Family To Stress The Other Family That They Both
Might Ultimately Reject Me But That Tactic Is Not Of
Important.

Mr. Willie Dubose Jr. Tactics Has Been To Contact
The Landlord Of The Residing Apartment And Have
Them Put Surveillance Camera That Is Networked Back
To Boston That He Might View It And Report To
Certain Other Pastors That I Do Respect Because I Only
Rejected Mr. Willie Dubose Jr. But That Is Not Of

Important.

Mr. Willie Dubose Jr. Used he Tactic Of Having A Party To
    Take A Snap Picture
Of Me That He In Return Used As A Weapon Against
Me To Merely Say "See How Bad She Looks"  But
The Truth Of The Matter Is When Anyone Has
Sustained A Traumatic Facial Injury As I Did How Can
One Expect A Facial Injury To Look Beautiful.
GOD Said No Weapon Formed Against Me Would
Prosper So How Can GOD Prove Himself If He Did not
Allow Satan To Send The Weapon.  I Will Look Highly
Illuminated Very Very Soon But That Is Not Important.

Mr. Willie Dubose Jr. Used The Tactic Of Listening In
On My Telephone Calls Then Have Them Ask Me
Certain Questions To Try And Trigger The Answers
He Wish To Hear.  When My Enemies Are Hungry
I Feed Them But That Is Not Important.

And Now!!The Last Phase Of This Is
Mr. Willie Dubose Jr. Is Angry And Bitter That I Am
Now Emerging As A Warrior Of Five Long Years.
He Is Using Certain Dates As
             October 10
             October 13    THe doTe
These Are Special Dates Because This Is My Brother
That Was Murdered In The City Of Boston  MA And
The Date He Was Born.  Mr. Dubose Tactic Was To
Used This Against Me To Merely Say She Depressed
Or These Are The Dates She Has Emotional Behavior.

The Truth Is My Brother Has Been With GOD For
Twelve Entire Years With Blessings. Mr. Dubose Jr.
Only Uses These Tactics To Try And Deceive The
American People. He Is Desperate To Try As Get Me
Restrained By Any Means Necessary So That He Can
Try And Use His Negative Influence Over People To
Harm Me That He Might Try And Get My Money.

I Have Rejected Mr. Willie Dubose Jr.
GOD Has Rejected Mr. Willie Dubose Jr.
The Devil Does Not Want Mr. Willie Dubose Jr.

Mr. Willie Dubose Jr. Last Tactic Was On Tuesday
October 10, 2006. I Was Approached By A Immature
Young White Male Policeman Here In Albany.
He Stated He Just Wanted To Talk To Me. I Replied
I Was Not Interested. I Just Kept Walking Afterward.
The Policeman Then Proceeded Out Of His Car And
Followed Me Down Central Avenue Near Hannaford
Supermarket. I Started Crying Frantic And Told
 Him I Was A Law Abiding Citizen And I Was Not
Interested. He Asked Me If I Wanted To Go To A
Homeless Shelter. I Replied Again I Am Not Interested.
This Was A Terrible Harassment Because I Was Now
At My Dwelling Place Going On Two Months. It
Does Not Take A Rocket Scientist To Know
Mr. Willie Dubose Jr. Is Retaliating From My Letter I
Drafted Dating September 26, 2006 To The American
People Exposing His Tactics. Today Is October 11, 2006 And I
Was Told At My Dwelling That I Had To Leave Thanks
To Mr. Willie Dubose Jr. It Only Proves He Desperate.