Wednesday November 15, 2006

To The Supreme Court Of The United States Of America--- Washington, DC
To The Attorney General Of The United States Of America-- Washington, DC
To The House Of Senate Of The United States Of America-- Washington, DC
To The Dept. Of Homeland Security------------------------------ Washington, DC
To The Most Honorable Governor Of Massachuetts---------- Mitt Romney

It Is My Duty As A Mother As Well As A Human Being To Protect The Rights And Monetary Values
Of My Children And Myself, Therefore It Is Fitting That I Submit This Revised Drafted Document To The
 American People As A Whole To Stand Witnesses To This Version Til I Can Afford A Certified Copy.
I Revised This Copy Due To Mr. Willie Dubose Jr. Making Physical Contacts With My Children Who
Still Resides In Boston, MA.  He is also Using The Tactics Of Telling The People Im In A lot Of Pain
To Merely Get Me Restrained Also Telling Pastors To Say I Am Mental Disturbed.  The Truth Is I Am
In Perfect Peace And I Will Utilize Whatever Discomfort I Experience As A Motivator.
My Childeren Are Very Velnerable To A Senior Citizen Tactics.

It Is Expedient That This WILL And Testament Reach You That It Might Stamp Out Any And All
Hidden Agendas Upon Me By Mr. Willie Dubose Jr. Although I Shall Live And Not Die And Proclaim
The Work Of My Assignments And Divine Appointments.  It Is Fitting That I Produce A WILL And

Testament To Alleviate Any Discrepancies At Hand.

I Minister Patricia Nixon McDuffie Leave The Following People As Group Excutives Of Any And All
Estates; Settlements; Awardments; Monies From All Lawsuits; Agencies; Etc.

I Was Only And Active Member Of New Hope Baptist Church For Six To Eight Weeks Period.
It Was Not GOD's Will That I Sit Under Corruption.  I Was Told To Sign My Name As A Member
So I Cooperated And Sign Out Of Good Moral Faith Not Realizing There Were Deceptive Tactics
Attached To It.  This Act Was An Abomination And Must Be Corrected That No One Else Fall Victim
To This Corrupt Act Ever Again.

This WILL And Testament Must Be Revised And Adjusted Due To Mr. Willie Dubose Jr. Disagreeing
With Whom I Chose To Leave As Excutives Of My WILL.  He Alerted My Family Members Causing
ConFlict Amongst My Siblings Whom I Love.

Therefore Now!!!!!!!
All Power Of Attorney Resides Into My Own Hand Period.
For Polarization I Grant Request That No One Is Authorize To Have Power Over Me But Myself!
I Will Make My Own Decisions Period.
Only In My Physical Absent Meaning I Must Be Well Into My Grave For This To Be Effective And Active.

As I Just Forstated; Only When I Am Well In My Grave Do I Leave The Following People As Group
Executives Period.

I Minister Patricia Nixon McDuffie Grant And Request All

Monies To Be Equally Divided Into Three (3)
Separate Monies To Be Divided Into Three Separate Groups Period.

Three Separate Equally Divided Groups Are As Follows:

### GROUP 1.

Tracey Adams-Lynn Calhoun-Jackie Lynch-Sarah Manning
These Executives Will Own And Manage All Monies That Is Equally Divided For The Following Family
Members To Make Sure Their Necessities And Resources And Provisions Are Maintained.

My Baby Daughter-------------------------------Shaunika Alford

My Precious Granddaughter---------------Amiya Brown

My Heartfelt Grandson----------------------Jamel Gibbs


### GROUP 2.

Shirley And Husband Roy Moore Jr.--Victoria McRae-----Bridget McRae
These Executives Will Own And Manage All Monies That Is Equally Divided For The Following Family
Members To Make Sure Their Necessities And Resources And Provisions Are Maintained.

My One And Only Son--------------------Willie Albert Alford Jr.

To My Dear Brother----------------------Charles McDuffie

To My Dear Nephew----------------------Jeffrey McDuffie

### GROUP 3.

Lady Townsend--Sally Townsend(Frazier)----Nita Lytch---Jerome Manning

These Executives Will Own And Manage All Monies That Is Equally Divided For The Following Family
Members To Make Sure Their Necessities And Resourecs And Provisions Are Maintained.

                To My Dear Daughter--------------------Sherika Alford

                To My Anointed Sister----------------Mary McDuffie

                To My Baby Sister---------------------Wanda McDuffie

Again Just For Polarization; These Three (3) Executives Groups Are As Follows:

Group 1.  Tracey Adams--- Lynn Calhoun----- Jackie Lynch---Sarah Manning

Group 2.  Shirley And Husband Roy Moore Jr.-------Victoria McRae-----------Bridget McRae

Group 3.  Lady Townsend----Sally Townsend(Frazier)--------Nita Lytch----Jerome Manning

Due To High Volume Of Death Threat By Mr. Willie Dubose Jr.
All Affiliation From Boston. Massachuetts Is No Longer Applicable And Validated.
Althougth--
It Is Requested That My Current And Present Pastor---Mr. Vernard And Wife Gloria Coulter
Return To South Carolina Handle And Manage All Funeral Arrangements At
Trinity Method Church Rev. Love Burial In Spears Methodist Church.

Pastor Vernard And Wife Gloria Coulter Will Receive A Tenth Of All And Any Awardments Granted

To Me Which Will Be Equally Divided Amongst Another Church Of My Chosing.

I Pray This Will Allievate Any And All Hidden Agendas.

One Who Concern For Humanity As One Nation Under GOD

Signature- *Minister Patricia N. McDuffie*