December 18, 2006

To The Supreme Court of the United States Of America---
Washington, DC
To The Attorney General of The United States Of America---
Washington, DC
To The House Of Senate Of The United States Of America---
Washington, DC
To The Dept. Of Homeland Security--------------------------------
Washington, DC
To The House Of Representatives Of The United States Of America
Washington, DC
To The Speaker Of The House
Washington, DC
To The Governor Of Massachuetts
The Most Honorable Mitt Romney

Cheers-Peace-Greetings And Blessings To All:

BEHOLD- I Have Endured Matters Long Enough Therefore,
It Is Fitting-I Give To You These Matters:
These Matters Are Far Beyond My League And It Fitting That I
Submit These Things To Higher Ranks.  This Is A Great Matter
That Longs Dire Attention.
I Am Mere One Young Lady Against An Entire Emperor Or
Nation.  I Come Before You Humble As A Child Requesting A
Plea For My Cry To Be Heard As Well As Addressed Alike.

It Is My Duty As a Mother As Well As A Mortal Human Being
Trying To Defend What Is Duly Rightfully Mine.
I Minister Patricia NIXON McDuffie Defend My Rights From:
Invasion Of Privacy By Mr. Willie Dubose Jr.
Invasion Of Civil Liberties By Mr. Willie Dubose Jr.

Invasion Of Phone Conversation By Mr. Willie Dubose Jr.
Invasion Of Human Existence By Mr. Willie Dubose Jr.
This Act Is a Great Abomination Against Me Period.
I Refute This Act Because It Is Conducted By My Enemey.
I Have No Complaints From Federal Government Period.
You Don't Send An Enemy To Invade A Good Moral Clean House.
This Act Is Forbidden:
This Act Is A Violation Against My Human WILL.  For This Reason Alone I Give To You Because It Is A Continuation As A Nagging Bee That Wont Go Away.  I Hereby Place Demands That This Bee Go Away And Leave Me Alone.  I Am A Peaceful Law Abiding Citizen With Great Sightings In My View.  I Have A Life.  I Only Require Space That I May Live It.

I Surrender His Ongoing Harassment Sent Through His Messengers.
I Surrender His Non-Stop Agitation From The People I Left As Executives Of My WILL.  He Placed A Bargain With Promising Them Money If They Help Him.  What A Deceiver!!
I Surrender His Jealousy Of Me From Trying To Reach My Destiny Within The Whitehouse.
I Surrender His Defamation-Disdainment Of My Moral Character.
I Surrender His Stupid Geek Personality Of Uprooting My Entire Generation For The Purpose Of His Greed.
I Surrender His Cruelty Of Brainwashing My Children By Telling Them If They Support And Help Their Mother They Will Exhaust Themselves Out At A Young Age And That I Would Need To Take Care Of Them.  What A Deceit!!!
Mr. Willie Dubose Jr. Has Now! Froze All Contact For Me To My Children And Grandchildren.
I Request A Benedition To This Endeavor Alone.
This Situation Is Not Going Anywhere Or Away On It's Own.
This Matter Must Be Corrected Period.

To All Our Congressmen:
This Matter Or Dilemma Is Unfortunately Because I Am Warring A Double-Edged Sword Meaning—
I Have To Fight To Live As Well As
Fight For How I Wish For Matters To Be Carried Out When I Die.
Mr. Willie Dubose Jr. Has No Rights Into My Life Period.
I Have Rejected Him. He Is My Enemy. All Affiliated With Him Is To refrain From My Personal Affairs Period,
It Is Absolutely Ludicrous For Me To Have To Fight My Enemy Against My Own Personal Affairs. This Does Not Compute.

To All Our Congressmen; I Am Pleading With You To Alter This Matter. This Act Of Corruption Must Be Corrected Please.
I Am Only One Young Lady Pursuing This Matter Due To His Vast Network Of Influence.
Hear And Honor My Cry.

Just For The Record------
I Have Returned To The State Of South Carolina For A Very Short While So I Can Renew My Strength, Restore My Disposition, And Allow My Major Traumatic Facial Injury To Completely Heal And Brighten. Mr. Dubose Is Soliciting From My family To Merely Say There Were Nothing Wrong With My Face And That It Is All Normal. What A Desperate Deceit!! He Wish To Utilize And Document This Statement. There Is Nothing Hidden That Shall Not Be Revealed. All Tactics Must Be Exposed.

To All Our Congressmen:
I Don't Mean To Bother Or Worry You But I Must Adjust To Mr. Dubose Tactics. Virtually All Tactics Will Ultimately Be Destroyed And Abolished. I Need You All To Enforce This Fact.

I Will Never Compromise With The Devil Or Axis Of Evil.
I Will Never Share With The Devil Or My Enemy Period.
I Will Never Give Place To The Devil Or Axis Of Evil Period.

I Will Never And We As A American People Must Never Share Territory Or Divide Territory With The Devil Or Axis Of Evil Because They Will Reemerge And Slay All With Laughter.
But!----------------------------But!------------------------But!

I Will And We As And American People Will Celebrate In The Midst Of The Devil Or Axis Of Evil Or Our Enemies Because!!!!!!
We Are More Than Conquerors—There Will Be A Hedge Of Protection Around Us In The Midst Of Our Enemies Period.  So Go Forward Now!!!!!
Plan For The Future-Create A New America With The Spirit Of An Eagl—The Sight Of An Owl—The Instinct Of All Animals—The Courage Of All Lion,Tigers, And Bears-----Oh My!!!!!!
Defeat Is Not Optional –
Plan For The Future With Cheers And Ceremonies Period. Go Forth Now!!!!!!!!
Always Possess A Sense Of Strength!!!!!!!!!!!!!!!!!!!!!!!
Always Be Content With Your Vision!!!!!!!!!!!!!!!!!!!!!!
Always Remain In Perfect Peace!!!!!!!!!!!!!!!!!!!!!!!!!!
Always Have A Sense Of Joy---Enthusiasm

_____Having Said All Of That-----I Must Now Reveal Mr. Willie Dubose Jr. Brand New Tactics.

He Is Plotting To Have Money Placed In A Trust Fund.
He Is Plotting This Money To Go Directly In A Bank Of His Affiliation That He Might Gain Instant Access To It.  This Very Thing Is Forbidden Period.
He Is Praying For A Mysterious Death For Me.
He Sent Word Through One Pastor From MA To Tell Me That I Was On The Hit List.
He Sent Messages Through His Messenger To Tell Me He Is The Bureau Of Interrogations.  This Act Alone Is An Abomination.
I write This With Great Conviction Because He Has Already Contacted Trinity Methodist Church In South Carolina And Spoke

With Their Pastor. Soliciting From My Executives Family Members To Cooperate And They Are Because They Don't Understand His Deception. They Think They Are Only Helping Out Not Realizing They Are Embolden My Enemy. He Has Already Promised The Pastor Of Trinity Method Church A Substantial Amount Of Money Because A Family Brought This Matter Before Me Stating What Their Church Is In Need Of.
My Only Pastor Name Is Pastor Vernard And Wife Gloria Coulter.

Another New Tactic Is!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
Mr. Willie Dubose Jr. Is Soliciting From My Family Member To Say I Am Now Working That He Might Now Cash In His Claims On Me. He Is Soliciting Them To say I Am Taking Care Of A Family And Telling Them To Say I Am Baby Sitting For A Family Member. This Is All A Deceitful Lie. I Am In No Rush Because I Am Busy Taking Care Of Me First Before I Go Or Move Forward.
This Act Is A Crime Against Humanity.
This Act Is A Crime Period.

I Should Not Have To Experience This Difficulty While I Am Being Restored And Renewed. This Should Not Be So.
Therefore;
I Demand Legal Actions To Be Drafted Against Mr. Willie Dubose Jr. To The Fullest Extent Period.
Enough--------------------------Is---------------------------Enough
This Legal Matter Is Against Mr. Willie Dubose Jr. Alone And Not The Church Or The House Of GOD.
Root Out The Offense And Every Matter Heals Itself.
Mr. Dubose Was The Head And Acting Pastor At The Time Of My Offense And Only He Must Be Held Accountable For His Evil Corrupt Deed. Root Him Out In The Open That The Nation May See Not To Do Because There Are Consequences For Ones Action. Again Remove The Offense That The Body May Move On.

He Must Now! Eat Off His On Lard---------------------------And Not
His Congregation Any Longer.

He Is Telling The Executives Of My WILL That A Home Will Be Provided For My Family Member That I Left Them In Charge Of. The Truth Is I Demand The Monetary Money To Be Given To Each Executive That They May Do Their Own Home Purchase As They Chose To This Is Their Money To Own And Manage For My Member That I Leave Them In Charge Of Period.  The Devil Always Want To Be In Control And Change Stuff.  Those Days Are Long Gone.
No ----I Am Not Aretha Franklin-----But------I Demand Respect

The Time Has Come For Mr. Dubose Negative Influence To Be Held Accountable For.
The Majority Good Will No Longer Suffer On Account Of A Small-Weak-Divided-Superstitious-Stupid-Few.  This Planet Will Be Made Balanced Again Period.
Evil Must Not Be Petted Or Enticed—But Instead
Uprooted And Dealt With Otherwise The Problem Will Persist.
Evil Only Hides For Now To Re-Appear Later.
The American People As A United Family Must Never Allow This To Happen Ever Again. Lesson Must Be Learned Or Repeated As A much Greater lesson To Grasp Our Attention Next Time.

Again To All Our Congressmen:
Mr. Willie Dubose Jr. Is Hiding The House Of GOD As A Sanctuary Of Satan Period.  Judgment Has Come For Him To Repent-Turn From His Wicked Ways Ask For Forgiveness Then He Can And Will Be Allowed Back Into The Family Of GOD.
So Simple But Pride And Ego Makes This Appear Hard.

Why Do I Draft This Legal Action To The Fullest Extent????

He Needs To Understand This Act Alone Is Wrong Perhaps He Does Not No Any Better. Once We Know Better Then We Must Be Held Accountable To Do Better Period.

Since 2004 Mysteriously Mr. DuboseJr. Was Allowed To:

Uproot My Entire Generation---My Own Mother Stated She Could Not Talk To Me But She Was Only Allowed To Listen---Then Mr. Dubose Jr. Thought It Was Fitting To Inflam My Grandma Soon She Only Started Listening And Not Talking.
He Did Not Stop There My Sister In Glen Burnie, MD There Was Nothing in Life That Could Separate The Respect And Love That I Have For This Sister Then Bonds Could Not Be Broken But Recently Mr. Dubose Jr. Told Her I Was Soliciting My Body In The Streets This Very Statement Is An Abomination I blame My Sister Because She Knows My Character And Nature But She Did Not Know How To Deal With The Stress Of Having Someone From The Sanctuary To Label Me As Such. She Refuse To Talk To Me And Stated I Should Admit Myself Into A Mental Institution Based On Mr. Dubose Jr. Lie. The Truth Of The Matter Is I Was In The Street Selling Recyclable Bottles Period. I Really Enjoyed And Miss This Hobby Alone, It Allow Me To Get Plenty Exercise While Yet Earning Money With Honor.
Mr. Dubose Jr. Froze All Contact To My Children From And Stated I Can Speak To My Grandchildren If Stop Exposing Him.
I Will Continue To Expose Evil As It Is.

Mysteriously Mr. Dubose Jr. Has Abused The National Intelligent Estimate For His Sensual Purposes. He Had His Messengers To Ask Me Personal Questions Regarding Men. It Is None Of His Endeavor Whom I Am Seeing Or Wish To Lodge With. I Am Not Sleeping With The Enemy. He Should Take Whatever Energy He Has Sustained And Utilized It Toward His Household Purposes.
No!-------Means--------------------No!
Whatsoever GOD Has Joined Together Let No Man Put Asunder

Every Man That Is Bound Should Not Seek Privileges Elsewhere.
Love One Wife As GOD Love His Church.

He Has Sent Messages Through His Messengers To Tell Me He
Will Manipulate The Documents In Boston, Massachuetts
To State That I Am Still Married So I Will Remain Available But
Cannot Re-Marry. This Act Is An Abomination.
He Must Really Be Miserable.

He Has Been Allowed To Mysteriously View My Body Through
Surveillances Camera Telling Them He Is My Umbrella And
Acting Pastor. I Don't Need No Umbrella And He Has Never
Been My Pastor Because I Did Not Stay There Long Enough To
Complete The New Membership Ceremony Period. Unfortunately
I Was Asked To Sign My Name On The Member Paper Before
The Ceremony Was Completed. Perhaps He Knew I Would
Eventually Catch On With My Discerning Instinct.

Mr. Dubose Jr. Acts Likes Jimmy—Crack-Corn-And I Don't Care
He Will Never Use Me As His-------------------------Miss Piggy
If The This Is Gone Within His View----
I Will Never Accommodate His Sensual Wisdom.
My Cry Seems Flattering—
My Cry Is Serious—Authentic------And So Tiresome.
Enough---------------------------------Is---------------------Enough
This Act Since 2004 And It Is Now! Approaching 2007 Must Be
Corrected.

Findings:
I Was Only An Active Member Of New Hope Baptist Church For
Only Approximately Six To Eight Weeks. I Remove My Picture
From His Membership Board Before I Could Complete The
Membership Program Period. Eight Weeks Is Not Long Enough
To Be Consider A Member That Mr. Dubose Jr. Might Hound Me
Like A Hound Dog. I Am Not Interested In His pursuit Period.

I Was Not Aware The Would Be Deceitful Tactics Attached To My Being A Membership Out Of Good Moral Faith. And To Think I Had So Much Respect For This Man. He Even Had The Audacity To Tell Another Pastor I Was In Love With Him.
If I Had To Chose Between Him--------------or The Devil Or Evil GOD------------Please Forgive Me But--------I'll Take The Devil You All Must Feel The Severity Of My Cry-He Has Uprooted All Of My Generations He Thinks He Is Doing This In The Name Of GOD. This Is So Stupid. I Need All Of You To Help Me To Show Him This Dire Mistake. This Network Of Evil Is Affecting The Entire Planet Earth. A Negative Gravitational Pull Is Upon Our Planet Due To The Heavy Negative Energy That Literally Throws The Climate Out Of Balance. This Is So Serious. This Act Needs Such Dire Attention Because It's Affecting All Of Humanity For The Sake Of A Small-Weak-Divided-Superstitious-Stupid-Few-Please Hear Me Somebody There Must Be Balance How Loud Must I Cry. I Love All Of You—More Than You Could Ever Know But We Must Unite—Pool All Resources— Speak With One Voice And Address This Dire Problem.

In Closing:
I Have Not Yet Pursued Any Lawsuit Of Appeals;
I Am Busy Taking Care Of Me First.
I Am In No Hurry—I Am Sorting- Out—Encoding And Decoding
I Am Taking Care Of My Major Traumatic Facial Injury.
I Am Busy Being Renewed------Restored And Rejuvenated.
Healing Is A Process--------------------------------------
If You Are Impatient Then--------------------------
Hold My Mule!
Our Greatest War Is--------------------------Within Our Own Borders. Waiting For The Right Moment To Slay Us All.
We Will Fight Together------United------With One Voice Period.
The Enemy Hates Unity—Wherever There Is Unity-There is Strength.
Only Two------------------------------------------Are The Majority

When One Vision Is Pleasing.

Mastering Evil Is Equivalent To Mastering The Atmospheric Climate Change Instability.
They Are Like A Hand And Glove With Omniscient Wisdom They were Programmed This Way.
When One System Acts Ups It Is Mirror Imagine By A Greater System Warning As A Back-up System That Something Is wrong That Needs To Be Corrected Immediately.

Wake-Up My Fellow Americans
This Is All We Have as Home Sweet Home.  This Is The Onlt Country We Know As America.  We-----Are -----------Family United With One Voice—One Strength—One United Cry.
We-----------------------Will----------------Now!!----Conquer


We Must Lay Aside Every Heavy Weight That Is So Easily Unstably Our Planet Earth



Respectfully Submitted

One Who Concern For Humanity As One Nation Under GOD


*Patti* (signature)

Minister Patricia Nixon McDuffie.
December 18, 2006