Thursday May 10, 2007

I Request these Matters be filed within the Supreme Court of the United States of America.

To THE ACLU - American Civil Liberty Union
To THE Supreme Court — Washington, DC
To THE Attorney General — Washington, DC
To All Senators — Washington, DC
To The Dept. of HomeLand — DC
To All Congressmen — Washington DC
To The Former Governor of Massachusetts Mitt Romney.

To: Joyce Meyers Ministries
To: Marilyn & Sarah Hickey Ministries
To: To Rod PansHley - Ministries
To: Billy Graham Evangelist Association Franklin Graham.
To: Taffy & Creflo Dollar Ministries
To: Bishop T. D. Jakes Ministries
To: Rev. Al Sharpton

Seven is the Number of Completion.
I am not political Nor have I ever been.

Witness: Minister Patricia McDuffie

I DEMAND MY RIGHT TO PRIVACY AT MY DWELLING. I AM ONLY in the State of South Carolina that I MIGHT Renew And Restore my inner strength from major depletion due to Mr. Willie DuBose contacting every dwelling place where I Abode And stating I Am Not worthy to Abide there. Since 2004 through 2007 ENOUGH IS ENOUGH.

MY Permanent Home And Residence will be Washington DC. Soon.

I must write And Alert the American People to inform And make Aware of MY constitutional RIGHTs being violated by Mr. Willie DuBose Jr. I Stand because of MY principals.

I write to you with ink & Pen because of Mr. DuBose vast Network informed the People in the vicinity And community that I was Abusing their Computer for Governmental purposes.

AT THE TIME — THIS IS THE only WAY I CAN defend MySelf Against His Tactics.

THIS IS unfortunately — because his AXIS of Negative influence — intimidation has allowed his Network to cooperate.

I Demand MY constitutional RiGHT To Defend MYself_ Against Mr. DuBose in the Supreme court oF THE United States of America.

I will only Pursue Matters and Lawsuit or Appeals within the Supreme Court OF The United States OF America only.

Mr. DuBose Sent an interrogation tactic via "THe cHurcH" to destroY MY face.

GOD Dispatched His Holy Angels To Surround me and protect me. I would never have survived on MY own.

He tried all he could to get me into A mental institution that this fact might get covered-up.

GOD said there is nothing Hidden that sHall not be Revealed.

One must never grant this Kind of Power and control to a personality OF A FooL.

WE All could end-up in orbit For this very Reason.

4.

I Now draft Lawsuit to the fullest extent Against Mr. Willie DuBose Jr. with the following Complaints –

To The Supreme Court of THE United States of America
Washington, DC

Complaints As follows

1. Plundering into My Private Life with no clarity – understanding or Communication.
   Only A Fool will Pursue A Matter without gathering understanding.

2. Abominable Deceitful tactic attached to becoming A member of A church out of good FAITH.

3. Taking out Death Insurance on me AS A Business or Property And greed then Setting Death Traps.

4. Brainwashing my children whom I raised to respect old people.

5. Having my own Mother to use telephone tactics against me for his greedy Purpose. He did not respect her being ill.

6. Listening in on all of my phone calls since 2004 til Present.

7. Trying to pursue my lawsuit that is Forbidden from me. I will pursue my own lawsuit. With my own Attorney's

8. Having his messenger sent to me making a mockery of my facial injury. Sent by him via stating he was the "THE CHURCH" Bearer of Interrogati(sp)

9. Abusing the National Intelligent Estimate Monitoring all of my purchases Tracking all of my phone call then calling that particular person back demonizing my character. This is the method and mode he used to track all the churches I contacted. He calls them back with his prescribe message of attack against me. And they deliver it on Sunday morning

10. He send messenger to every Location I Lodge even at the park. This is worst than stalking This is a serious crime committed. He is my enemy period. Why would this power and control be granted to a personi...

11. He Had MY only Son to Steal the four books I wrote and type it on the computer that he might retrieve steal and sell it.

Him Plundering into my Private Life makes him the Skum of The EARTH. And YES I Do Respect All Senior citizen.

12. He contacted every dwelling Place where I Abode Since 2004 through Present 2007. He took death Insurance out on me then Sent out his death Savad and Stated I refuse to die. He Stated I was stuck in too Much Pain. He doesn't know anything about me He Sent all Sort of messengers to me to gather Responses - information and I gave them the answer I want them to have. I dont like games and tactics. I answer according to tactic that one deserve. Greed and money motivated.

HE IS Presently telling the public he is helping me PUSH to Not be A coward. I dont need His PUSH.
I Am Soft Spoken when Situations warrants me to then I am stern.
I Demand My privacy And Civil Rights To be respected as I Am being Restored

13. I Demand my RIGHT to execute Violation Against Mr. DuBose. By No means any Part of my biological HIStory is to be reproduced or transmitted in any way form electronic or Mechanical including photo copying and Recording or by any information or retrieval system except As may be expressly Permitted in writing from otherwise Request for Permission should be by addressed in writing or faxed.

It is Being eaHoed By Mr. DuBose that I Am stating that Mrs. DuBose does not Have Butt or Breast I Defend myself By quoting she made those statement before the Congregation herself. Again I will pursue my own Lawsuit with my own Attorney

I was forced out of every dwelling Place since 2004 through 2007

I was served A food bourne parasite that destroyed my face for A year. Leave me Alone And allow GOD to Renew and Restore my inner depleted strength. THAT was A Evil

8.

I Demand MY RIGHT To Information Act A Printed Notice oF All and the Debt. They wish to impinged upon my Money.

It was my understanding that A WILL And Testament is only Honored after Death therefore I Now Must Revise and Adjust Again to Mr. DuBose Tactics.

I Request THat the American People Might stand witnesses To THIS very FACT.

After much Meditation – Wisdom – Knowledge and understanding I came to the conclussion to Have the Blessing fall to my Grand children and Great Grand children instead of my children.

I Do what is wise due to brainwashing of my children.

In the EvenT oF Death — Let the American People stand As Witnesses that all monetary Resource will

Go to the following people as a whole and Group Executives.

I can change and adjust to Mr. DuBose tactics that he may stay out of my affairs. You don't manipulate me or my money because out of good faith I became a member of a Sanctuary

This Group will own and manage money for my Grand children and Great Grandchildren only. The Blessings only fall to them and not my biological three children.

I will bless my three biological children as I Live and not die. I will hire my own managers to Accomodate me to manage my own money as I Live. Mr. Willie DuBose stay out of my Life!! Look to Mrs DuBose only. You are Not welcome in my Life Period.

All monies will go to the following Group as a whole.

My Family of God
1. Vernard & wife Gloria Coulter
2. My biological cousin Rev. Curtis L. & wife Wilma Bethea
3. My sister Pearletha & Robert Caristi
4. My sister Mary Ann McDuffie
5. My niece Allison C. Stephens
6. My niece Resha Manning
7. My cousin Jackie Lynch
8. My cousin Rochelle Bethea-Mack

This is all as Executive Group

FIRST FRUIT OF MY Settlement
1/10 will be divided Amongst these
Seven (7) Preachers.
Seven is The Number of completion.
1. Joyce Meyers Ministries
2. Marilyn & Sarah Hickey Ministries
3. Pastor Rod Panshley Ministries
4. Billy Graham Evangelist Association
   Franklin Graham
5. Taffy & Creflo Dollar Ministries
6. Bishop T. D. Jakes
7. Rev. Al Sharpton

\* (1) One Million dollars must
go to my Family of God
Rev. Verhard & wife Gloria Coulter
for supplying me money - food -
etc. to stay Alive while I
Resided in Boston, MA.

\*
An additional Room will be
added to the Home of
Dorothy Calhoun for allowing me
Room and Board.
\*
40,000.00 will go to my
   God Mother Doris Hicks
I Pray This proposal will alleviate
any and all Hidden Agendas from
                                   Mr. DuBose,

Funeral Arrangement.
All Monies For Arrangements And Services will go To my family. Services will held At Mt. Zion Baptist Church

Rev. Curtiss L. Bethea
Wilma Bethea
Rochelle Mack

funeral Services will be Held at my Family church
Mt. Zion Baptist Church

Witness: <u>Minister Patricia McDuffie</u>
May 10, 2007

burial will Be At Spears Methodist Cemetary.

This will And Testament is always Subject to change. Especially once I Am Married. or Living Arrangement changes.

GOD call the Senior citizen because they Suppose to know the way And not Act Like A Fool.