1.

To THE ACLU – American Civil Liberty Union
To THE Attorney General – Washington DC
To THE Supreme Court – Washington DC
To All Senators _____ Washington DC
To All Congressmen _____ Washington DC
To House of Representives - _____ DC
To THE Speaker of THE House _____ DC
To THE Former Governor of Massacttuett
THE Honorable Mitt Romney

① To: Marilyn & Sarah Hicker Ministries
② To: Joyce Meyers Ministries
③ To: Paston Rod Pansley Ministries
④ To: Rev. Billy Graham Evangelist Association
  c/o Franklin Graham
⑤ To: Creflo & Taffy Dollar Ministries
⑥ To: Bishop John Francis – London, Engl
⑦ To: Rev. Al Sharpton

✱✱✱ SEVEN is THE Number of Completion

IT'S ME AGAIN — I ALERT THE AMERICAN PEOPLE THAT this situation MIGHT BE CONNECTED.

ONCE A THIEF is CAUGHT — He MUST REPAY — SEVEN Fold.

"THE STATE" MUST NOT BE AN
ACCESSORY TO SPIRITUAL RAPE
AND THEFT that A SO-Called
PREACHER Commit.
EVERY – MAN – WOMAN – BOY – GIRL
MUST be HELD Accountable for
their Corrupt deed.
Mr Willie DuBose Jr. IS A THIEF
WHO HAS been Caught.
THIS matter MUST BE Connected.

I NOW! SubmiTT TO THE AMERICAN
PEOPLE ANOTHER WILL AND TESTAMENT
I will Continue to Adjust to
Mr Willie DuBose tactics til
this matter is Connected.
HE IS Committing A CRIME
AGainsT — therefore I
SubmiTT this to the RIGHTFUL
Authorities — This IS THE
PURPOSE of the SUPREME COURT.
I DEMAND MY RIGHT OF THE
Constitution OF THE United States
OF AMERICA BE SHIELD And
PROTECTED.
I WRITE to YOU WITH INK & PEN

BECAUSE HE HAS UTILIZED HIS AXIS OF NEGATIVE INFLUENCE PROMISING MY FAMILY MONEY FOR ACCOMODATING HIM IN HIS ENDEAVOR — AND TO EXCOMMUNICATE ME.
I WILL NOW ADJUST MY WILL AND TESTAMENT ACCORDING — IT IS REQUESTED THAT THE AMERICAN PEOPLE STAND WITNESSES TIL I CAN AFFORD A CERTIFIED COPY —

MR WILLIE DuBOSE JR SENT MESSENGERS INTO MY DWELLING PLACE TO CONFISCATE ALL OF MY ID'S AND WITH HIM HAVING ACCESS TO MY BIOLOGICAL HISTORY. HE CAN MAKE ANY PURCHASES AND ATTRIBUTED IT TO MY ACCOUNT. HE HAS ACCESS TO THE TECHNOLOGY. THAT WILL BE AS GOING THROUGH HELL — ALL OVER AGAIN —.
THIS ACT IS AN ABOMINATION.

I AM ONLY IN THE STATE OF SOUTH CAROLINA FOR ONE PURPOSE ONLY. TO RENEW & RESTORE I WILL NOT CONNECT WITH THE COMMUNITY OR ANY CHURCHES HERE BECAUSE MY DESTINY - PASSION - MISSION RESIDENCE WILL BE IN WASHINGTON, DC VERY SOON. I WILL CONNECT FROM THERE.

I NOW! SURRENDER his NEW tactics to THE AMERICAN PEOPLE AS AN EXPOSURE —

✱ TELLING THE COMMUNITY TO GET ME INTO THE HOSPITAL BY ANY MEANS NECESSARY — AGAIN. WHY?? I HAVE NOT PURSUED ANY LAWSUIT YET. HE IS doing THIS FOR himSELF OUT OF GREED. I AM ONLY DEFENDING MY PRINCIPLES AGAINST him SPIRITUAL RAPE ME PERIOD.

* SEND MESSENGERS AT MY EVERY AND I MEAN LITERALLY EVERY WHEREABOUTS.

* Mr. WILLIE DUBOSE JR IS TELLING MY FAMILY HE IS WORKING FOR THE GOVERNMENT AND THAT EVERYTHING MUST BE KEPT SECRET.

* HE IS USING "THE CHURCH" FOR GOVERNMENTAL "STATE" PURPOSES — CHURCH Vs. STATE

* TELLING CHILDREN TO INVADE MY PRIVACY AT MY DWELLING PLACE AND TO SAY I AM WORKING — I AM ONLY IN THE STATE OF SOUTH CAROLINA FOR ONE REASON ONLY TO RENEW MY STRENGTH THAT WAS DEPLETED FROM 2004 - 2007.

* HE SENT INTIMIDATING MESSAGES THAT HE WILL COME TO SOUTH CAROLINA AND MAKE ME OBEY HIM — GOD FORBID THIS. I AM PEACEFUL AND NOT BOTHERING HIM ENOUGH IS ENOUGH!

THIS WILL IS Subject to cHangE AT WILL.

## WILL And TESTAMENT

I MUST Adjust TO MR. DuBose TACTICS

AFTER MUCH PRAYER - Meditation - Fasting And PRAYER I CAME TO THE Conclussion — I Will Not Leave Monetary - Housing or Resources to my biological CHILDREN — THIS is Tough LOVE And GREAT wisdom —
MR. DUBOSE has brain-washed them And they ARE Vulnerable to His tactics — THEREFORE

THE BLESSING will go to my GRAnd cHILdREN And GREAT Grand CHILdREN.

All of MY MoneTARY Eggs WILL Go in one basket or NEST THIS IS Wisdom.

Dictator And Bully SEEK conTrol.

JUST FoR clairiTy — . only one GROUP Executive As wHole MANY NAMES BuT Only One GROUP.

THIS One Group of Executives will own as well as manage Monetary - Housing - Resources for my Grand children - Great Grand children — THESE EXECUTIVES Are A WHOLE All Eggs will Go into <u>One basket</u> only. With Many Executives

- ✱ MY Family of GOD — Vernard & Gloria Coulter
- ✱ MY Sister — Mary A. McDuffie
- ✱ MY Cousin — Pastor Christine Ellison
- ✱ MY Cousin — Maxine Ellison
- ✱ MY Cousin — Jackie Lynch
- ✱ MY Niece — Allison C. Stephen

THIS Group will Receive the Money As A WHOLE For my Grand And Great Grand children.

(1.) One Million dollars is promised to Vernard & Gloria Coulter for Financially taking care of me And Helping me survive while I resided in Massachuetts.

✱ An Additional Room is promised to the Home of my Cousin (Second) Dorothy Calhoun.

✱ 40,000,000 Forty-Thousand Dollars is promised to my God Mother Not friend — Doris Hicks

I pray This will Allievate All Hidden Agendas —

Funeral Services will be Rendered By my Family Paston Roy Moone III And Family Paston of Spean United Methodist Church — Burial Speans Cemetary

Quick Funeral Home Presiding

May God Bless All Humanity

Minister Patricia Nixon McDuffie

Signature ✗ <u>Patricia Nixon McDuffie</u>