Saturday AUGUST 25th 2007    1.

TO THE ACLU - American Civil Liberties Union
TO THE SUPREME COURT — Washington DC
TO THE Attorney General — Washington DC
TO THE SPEAKER OF THE HOUSE — Washington DC
TO THE Democratic Controlled Congress ___ DC
TO All SENATORS _____ Washington DC
TO Former Governor of THE STATE OF
MASSACHUSETTS — THE Honorable MITT Romney

__IT_____IS_____Time__
NO Inheritance to Rest tape Living is permitted
For Mr. Willie DuBose Jr. To BE Summon
To The District of Washington DC

He will Answer To ME
He will Answer TO GOD
You don't play mental games with
mere words And expect the
Government of the United States of
America to support such Abomination
First of All! I Never Requested
Electronic Filing — which is An
Abomination within itself —
Darkness must be confronted with
specifics — Facts And verbal dialogue
in courtroom setting Period.
Mr. DuBose had only one door
opened for me to enter which was
BY Any Means Necessary to get me

into A shelter or Mental ward
His tactic was - Once I entered the
shelter it would Atomatic warrant
me to the mental ward — then put to sleep.
His support would Have been
IN The Late 1900 to be Exact 1993 (I)
She (me) began what it appears to be
Mental issues — He would have Stolen
documents to Support This —
it ~~I celebrate medicine that keep One Alive~~
His pupose And Motive was to say Not Dead
I'm in too much Pain And Mental
unstable — NO ONE CAN survive WHAT I survive
WHEN GOD Allows A Human Subject
To Survive Any Human Ordeal —
it is merely because it Has Reached
the EArs of GOD to change this
Abomination And crime Against
Humanity —
One Must Never Allow or Do Something
Against One Human Will — Ever Again
THis is going Against Their
Spirit of GOD within them —
IT _____ IS _____ TIME
Countdown For SHowdown And
BECAUSE I AM HELPLESS - Homeless
Hungry — Shoeless — And Need A
New Pair of WHITE Gloves And

(3)

Another Long blonde Wig —
And LONG WHITE ROBE
THESE ARE THE Spiritual Garments GOD WISH FOR ME TO WEAR
MY Inheritance IS Mine
I-I-I- I-I-I AM In charge OF THIS Alone
You dont chose FOR ME — WHO I
Should BLESS !! I AM NOT INTERESTED
Mined Your own Business
You dont tell ME What Color
Wig And clothes to WEAR
I AM NOT INTERESTED.
GOD has Already chose them for
ME — (MY Spiritual Garments)
AND GLOVES ARE WHITE
You better MIND what only
*YOU - better - THINK*  very small
inheritance you might still have —
GOD will NOW!! FIGHT FOR
ME —

You dont throw me in A PIT —
I Have A mouth — I Am of Age —
I will go before the Supreme
Court And Speak for my self —
(Findings)  ① YOU ARE SUMMONS
Uncle SAM Want You
I will tell them You have Committed
An Abominable Crime OF Bribery

② 
I Will Tell Them You have Committed
Brainwashing my Kids And Grand Kids

(3) 4

I will tell Henry how You committed crime of Violating my civil Liberties — the only protector I need is from the so-called Preacher who ~~Billy~~ told the congregation that he was in love with me in one week pointed ~~it's~~ hand in his (Mr. DuBose) face — looked at him (Mr. DuBose) And stated it take two to tangle — meaning — nothing can take place without his Assistance in the matter I Protect Him Against His daughter. I will be A Whore And Huzzy Slut if I was to go Against my human will to ever consider such An Act.

IT ~~_____~~ IS _____ TIME

GOD will FIGHT FOR ME
I AM HELPLESS.

I AM A Very Active ④ DAILY member of THE WASHINGTON NATIONAL CATHednaL EPiscopal CHurch STOLE documents into my Abuse CASE — out of Greed Share my documents with the Nation of America

THIS CRIME IS A SCAM —
THIS CRIME IS Bribery
THIS CRIME IS A Hate crime by Having FIRST BAPTIST CHurch in Dillon Dillon, South Carolina

To Put A Flesh Eating Parasite into my food — (stating it was for governmental purpose) Mn. DuBose told the Pastor I was A threat to National Security And they (mn. DuBose) was trying to get me to the Doctor by Any means Necessary. WHY?? TO-CASH-IN-MY-MONEY (freed)

My Physical Therapist was

① <u>Neighborhood Physical Therapy</u>
  Cleary sq. Hyde Park, Massachusetts

② <u>Excel Physical Therapist</u>
  Upper Corner – Dorchester, Massachusetts 02125

③ <u>Day St. Physical Therapist</u>
  Day St. Jamaica Plain, Massachusetts 02150

New England Physical Therapist
Dudley, Massachusetts  02119
Operating — July 15, 2002
Dr. Aladido – Orthopedic refferred
to me by  Dr. Tishler
  Dimmock primary care

But never my Emotional Care Doctor

Emotional care Doctors was
  ① Dr. Harry Fond moved to Rhode Island
  ② Dr. Uzagaro when they finally denied me to see.

Who ever do the will of GOD is the Same as my Mother, Father, Sister, brother children – grandchildren

THE PRESIDENT & FIRST LADY OF THE UNITED STATES OF AMERICA IS CHOSEN TO ACT AS Father of my Kids.

6

When I was in Boston, Massachusetts
June — July — August
Mn DuBose dumped the entire city of Boston
To help him steal my money —
Not Gave — to Represent —
I hand submitted him document so I
could Get the best Attorney to talk to
And pursue my Airlines Lawsuit —
I never heard a word from Him —
IF I hand submit a document to someone
It is human impossible - unless he is a
Mind Reader — to speculate what is to be
Expected — To know from my point of
view what happened — on what I wish For
Only a Fool pursue a matter without
clarity or understanding or any verbal
dialogue at all — I am stupid IF I think so.
GOD compelled me to write a Mission-method
Motive proposal to include the Government
to take back that which was stolen —
I submitted this to the Government around
August — September 2004 —
I hand Submitted Mn DuBose And the Marshal
Family one — the Night Mn DuBose kicked me
out of the Minister Conference — immediately
the Marshal Family stated to me they dont
Know what it mean And didnot understand
This was the right response — No one can know what it mea
My Human body was depleted by the time
I was kicked out of the minister conference
in September 2004 —
Mn DuBose Preached August 13, 2004 telling
me in a subtle tactful way

double for his trouble This was August 7
Around June or July 2004 he had A preacher to
tell me "I did not do this by myself —
I spent my summer 2004 still searching for
An Attorney because Mr. DuBose could
not have been talking to me —
I have the spirit of discernment to
know if An Attorney is seeking my
Highest interest —

I I only wanted A Name / And / or number
will TRUST Mr. DuBose before I TRUST Mrs. DuBose
A representative Abused the power of
Government for SCAM And GREED.
Mrs. DuBose knows better — I scoped her out
from the beginning And told her_to her face
I felt Violated from her in my Business
I had rather live I AM NOT A LESBIAN
         poor And Homeless
     Before I promote A Thief
I AM AN Extraordinary homeless for
         A Good cause —
IT's stupid to try And pursue A matter
via — radio — T.V. or Newspaper
One SPEAK — TO - ME — AS A Woman
    who concern for Humanity with
    AS FAITH IN ONE GOD     Voice

Minister Patti Nixon McDuffie
            LOVE — IN CHRIST
MY Inheritance is Not To Go To my Family

# Distribute FINDINGS to (Abscense) (Homeless Cause)

ON or Around MAY 2004
I hand submitted envelope to Mr DuBose At the end of Sunday Service - unspoken word to him

## June 2004

EVERY CHURCH I Attended Mr DuBose sent tactic to have everyone persecute me without A cause.

## July 2004

SENT A preacher to tell me I did not do this by myself (DO WHAT?) HE could Never be My Attorney This would Be Against my Human WILL

## AUGUST 13, 2004

Mr DuBose spoke At Ministers conference told me in A subtle tactic way - I will get double for my Trouble (He was the only trouble because he was behind me being human depleted

## September 2004

I did not cooperate with Mr DuBose he Let President Cambel of Minister Conference and all Ministers in Boston know I was abused and Arrested - Little did He Know - if he would have had verbal dialogue with me he would have known it was the Ministers in this conference that come to my House at 103 Chelsea St in Chelsea MA to pray for me when I was Sexual Abused in 1998 - I even Let PHiL Lamonica from American Airlines know this happened to me. I could Speak now because It was A Healed Ordeal. It is impossible to Heal twice from the same wound - JUST Like it is impossible to pull Heavy metal Wagon Cart that Hitches to the Tug And not Sustain A major Rotator Cuff Tear. THIS in Action From Jan 2000

October 2005 ~ A Bully
It was very hard for me to tell ~~~~
that I was not interested in talking to
it. ~~~ — I AM NOT A BULLY
I do not stand in front of A man
As through I Am His man —
I AM MEEK – MODEST – Humble – Honest –
VELVET and STEEL
November – 2005                DILLON
I AM IN South carolina
My Body Totally depleted
The ANGELS of GOD pumped Life back
into my body to Live —

November 2005
December 2005
January —
February — Served flesh Eating parasite in food
March — IN Hell on Earth
April — IN HELL ON EARTH – Mr. told my
       daughter to weigh me on scales
MAY 2006 I Submitted A Letter To The Supreme
June – 2006 IN Hell on Earth    US. — Court
July — IN Hell in Albany, NY
August — 2006 Mr DuBose has his Network
September — Hell in Albany, NY
                JEALOUS of my blonde Hair
October — Leave Albany To South Carolina
November — weighing nearly 90 lbs
        facial injuries
Mr. DuBose call my family told them I
Should not stay there — Bribery through
Promising my family money when I die
December — IN Hell in South Carolina
January – 2007 – In Hell in South Carolina
February – In Hell in South Carolina

MARCH 2007
April 2007
May 2007
June 2007
July 2007 — Sent messenger to my dwelling
August 2007 — Leave South Carolina to Baltimore MD

You Have Lived Your Life GOD will Allow me to Live mine —

Mr. DuBose contact this Dwelling using same tactic And Bribery to do me Harm

August 2007 — I in Washington DC Mr DuBose contacted members at National Cathed[ral] told them I was a Terroist(sp) told them to send me to a shelter and Doctor — Only those that are sick need a physician Mr DuBose should go —

contacted more messengers on the bus I ride #36 PennsyLvania Ave — Told the Lady at my dwelling — I Live in a one Room with a harmless man to me It our business — This is much safer than a thief with a hidden Agenda — HE is Really miserable And A greater threat to my Life —

Only Bullies think this is maLice This is protecting my inHeritance from A Thief —

My Money does NOT Go to my Family It Goes where I says it Goes —
Distribute your own inHeritance while Living



Saturday AUGUST 25 2007      1.

TO THE ACLU - American Civil Liberties Union
TO THE Supreme Court ___ Washington DC
TO The Attorney General ___ Washington DC
TO THE SPEAKER OF THE HOUSE ___ Washington DC
TO THE Democratic Controlled Congress ___ DC
TO All SENATORS ___ Washington DC
TO Former Governor of THE STATE OF
MASSACHUSETTS ___ THE Honorable MITT Romney

<u>IT          IS          Time</u>
<u>NO Inheritance to rest tape Living is permitted</u>
For Mr. Willie DuBose Jr. To BE Summon
To The District of Washington DC

He will Answer To <u>ME</u>
He will Answer TO GOD
You don't play mental games with
mere words And expect the
Government of the United States of
America to support such Abomination
First of All! I Never requested
Electronic Filing — which is An
Abomination within itself —
Darkness must be confronted with
specifics — Facts And Verbal dialogue
in courtroom setting Period.
Mr. DuBose had only one door
Opened for me to enter which was
BY Any Means Necessary to get me



Shanika Alford
400 Central Towers
Albany, NY 12206

UNITED Boston District Court
ONE-Courthouse-Way
Boston, Massachusetts
02110

ATTN: Judge Patti B. Saris

04-11903-PBS